# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# WESTERN DIVISION

**MATT MEINKE**                                                                **PLAINTIFF**

v.                                         No. 4:15-cv-448-DPM

**SOUTHERN PARAMEDIC SERVICES, INC.**                          **DEFENDANT**

## ORDER

This case has gotten tangled at the front door. Southern Paramedic didn't answer in time. Meinke moved for a default judgment, № 3, not a Clerk's default. FED. R. CIV. P. 55(a). Then Southern Paramedic answered. № 4. Meinke's motion to strike the untimely answer, № 7, is granted. The Court directs the Clerk to enter a default. Southern Paramedic must respond to the motion for a default judgment, move to set aside the default, and move to file a belated answer (attaching its proposed pleading) if the company wants to defend on liability, which it seems it does.

So Ordered.

*/s/ D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

10 September 2015