IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MATT MEINKE                                                           PLAINTIFF

v.                          No. 4:15-cv-448-DPM

SOUTHERN PARAMEDIC SERVICES, INC.                DEFENDANT

ORDER

Meinke moves for default judgment. Southern was properly served in August. № 2. More than a month has passed since the Court struck the belated answer and ordered Southern to respond. № 8. Southern hasn't done so. Unless Southern moves to set aside the Clerk's default, or otherwise responds by 23 October 2015, the Court will grant Meinke's motion and set a damages hearing.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

13 October 2015