IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MATT MEINKE                                                               PLAINTIFF

v.                              No. 4:15-cv-448-DPM

SOUTHERN PARAMEDIC SERVICES, INC.                        DEFENDANT

ORDER

The Court ordered Southern Paramedic to respond to Meinke's motion for default by 23 October 2015. № 10. It hasn't responded. Motion for default judgment, № 3, granted. Meinke is entitled to judgment on liability. Damages aren't certain. № 1 at 6. So we need a hearing. An amended scheduling order with deadlines concerning the hearing will issue.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

2 November 2015