IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MATT MEINKE                                                                PLAINTIFF

v.                               No. 4:15-cv-448-DPM

SOUTHERN PARAMEDIC SERVICES, INC.                          DEFENDANT

ORDER

**1.** Everyone makes mistakes. Meinke is right about the timeline, and right again about the Court giving Southern Paramedic several chances to join the issues. But these and the other circumstances — defense counsel's health-related challenges, his not getting CM/ECF notices, and his mistakenly following the familiar but different Arkansas Rule about the deadline for answering — sum up to excusable neglect. *Pioneer Investment Services Company v. Brunswick Ltd. Partnership*, 507 U.S. 380, 394 (1993); *Union Pacific Railroad Company v. Progress Rail Services Corporation*, 256 F.3d 781, 782 (8th Cir. 2001).

**2.** Southern Paramedic's motion, № 13, is granted. The Court vacates the Clerk's default, № 9, and the Default Judgment on liability, № 12. Southern Paramedic must answer or file a Rule 12(b) motion by 4 December 2015.

So Ordered.

*[signature]*
D.P. Marshall Jr.
United States District Judge

23 November 2015