## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF ARKANSAS
## LITTLE ROCK DIVISION

**MATT MEINKE**                                                                       **PLAINTIFF**

vs.                                   Case No. 4:15-cv-448-DPM

**SOUTHERN PARAMEDIC SERVICES, INC.**              **DEFENDANT**

### DEFENDANT'S MOTION FOR SUMMARY JUDGMENT
_____

Come the Defendant, Southern Paramedic Services, Inc. ("Southern Paramedic"), by and through its attorney, Ed Daniel, IV, P.A. and for its Motion for Summary Judgment pursuant to Local Rule 56.1, states:

1.  The pleadings, evidence obtained through discovery, sworn testimony taken in this case, and affidavits submitted contemporaneously with this Motion prove that no material facts are in dispute with respect to the issues raised in Plaintiff's Complaint. The exhibits attached hereto are submitted in support of this Motion:

   a.  **EXHIBIT 1** - Southern Paramedic Personel (sic) Handbook (bates stamped "SPS Defendant" pp. 237-366);

   b.  **EXHIBIT 2** – 8-19-16 deposition of Matthew William Meinke aka Matt Meinke ("Mr. Meinke"), 62 pages;

   c.  **EXHIBIT 3** - Timesheets produced by Mr. Meinke for 2013, 2014 and 2015(bates stamped "Meinke" pp. 1-53) ;

  d.  **EXHIBIT 4** - Mr. Meinke's 2013, W-2, Payroll Check ledgers and TraumaSoft® time captured from Mr. Meinke's logins and logouts, and 2013 up time interruptions of sleep time, (bates stamped "SPS Defendant" pp. 1-5);

  e.  **EXHIBIT 5** - Mr. Meinke's 2014, W-2, Payroll Check ledgers and Traumasoft® time captured from Mr. Meinke's logins and logouts (bates stamped "SPS Defendant" pp. 6-34);

  f.  **EXHIBIT 6** - Mr. Meinke's 2015, W-2, Payroll Check ledgers and TraumaSoft® time captured from Mr. Meinke's logins and logouts (bates stamped "SPS Defendant" pp. 106-154);

  g.  **EXHIBIT 7** - Mr. Meinke's "up time" during the eight hour sleep time designated for employees for all time periods worked in 2014 (bates stamped "SPS Defendant" pp. 35-105);

  h.  **EXHIBIT 8** - Mr. Meinke's "up time" during the eight hour sleep time designated for employees for all time periods worked in 2015(bates stamped "SPS Defendant" pp. 155-221);

  i.  **EXHIBIT 9** – 3-21-16 Responses to Interrogatories by Mr. Meinke, 9 pages;

  j.  **EXHIBIT 10** – 8-12-16 Acknowledgement of Southern Paramedic's Handbook by Mr. Meinke (one page bates stamped "SPS

Defendant" p. 236 with a one page reprint for clarity);

    k.    **EXHIBIT 11** – 8-19-16 Deposition of Gary A. Padget, President of Defendant, 44 pages; and

    l.    **EXHIBIT 12** - Affidavit of Allen W. Usrey, Operation Managers of Defendant, dated 10-18-16, 7 pages.

    2.    A statement of material undisputed facts is filed pursuant to Local Rule 56.1 contemporaneously herewith and incorporated herein.

    3.    Defendant's Brief in Support of Motion for Summary Judgment, which sets forth additional fact and argument in support of its position, is filed contemporaneously herewith pursuant to Local Rule 7.2 and incorporated herein by reference.

    4.    Defendant's Brief in Support of Motion for Summary Judgment, affidavit, and other matters properly before the Court in this case show that Defendant is entitled to Summary Judgment in its favor as a matter of law.

    WHEREFORE, for the reasons contained herein, Defendant's accompanying Brief, Statement of Undisputed Facts, and affidavit, Defendant respectfully requests that Defendant's Motion for Summary Judgment be granted, that the Complaint be dismissed with prejudice, and for all other relief to which it may show itself entitled.

Respectfully submitted,

ED DANIEL IV, P.A.
Attorneys for Defendant
10310 W. Markham Suite 203
Little Rock, AR  72205
(501) 228-4488 (Office)
(501) 228-4485 (Facsimile)
mrediv@comcast.net

By:  /s/ Ed Daniel IV_____
     ED DANIEL IV, AR BAR 88004

CERTIFICATE OF SERVICE

I, Ed Daniel IV, do hereby certify that true and correct copy of the foregoing Motion for Summary Judgment has been filed this 19th day of October, 2016, via the Court's CM/ECF system which delivers notice to counsel of record:

Lloyd W. "Tre" Kitchens, Esq.
THE BRAD HENDRICKS LAW FIRM
Attorneys for Plaintiff
500 C Pleasant Valley Drive
Little Rock, AR 72227
(501) 221-0444 (Office)
(501) 661-0196 (Facsimile)
tkitchens@bradhendricks.com

 /s/ Ed Daniel IV
 Ed Daniel IV