

# PERSONEL
# HANDBOOK

# INITIAL DATE OF EFFECT

# APRIL 21, 2006

SPS Defendant 000237

## *Detailed Table Of Contents*

Welcome to our Organization.................................................................................4
Introduction to this Handbook ..............................................................................5
The Role of Your Supervisor .................................................................................6
Statement of Employment at Will ........................................................................6
Personnel File & Updating Personal Information................................................7
Medical Examination .............................................................................................8
Non-Discrimination Commitment/Equal Employment Opportunity ...............8
Immigration Law Compliance...............................................................................9
Personnel Medical Records ...................................................................................9
Mission & Values Statements .............................................................................10
Communication Group Meetings........................................................................10
Organizational Structure and Authority............................................................11
Compliance............................................................................................................11
Section II General Policies – All Personnel .......................................................12
Alcohol and Substance Abuse & Testing ...........................................................13
Background Checks ..............................................................................................16
Cellular Phone Use ..............................................................................................17
Computer, Internet & E-Mail Use ......................................................................19
Conflict Resolution & Problem Solving .............................................................22
Exposure Control & Education............................................................................24
Firearms, Weapons & Explosives .......................................................................26
General Compliance Policy  (Standards of Care, Legal Compliance, Fraud & Abuse,
     Conflicts of Interest, Business Compliance, Personal Conduct) ................26
Illness in the Workplace ......................................................................................34
Inclement Weather................................................................................................35
Issuance and Use of Company Equipment ........................................................36
Non-Fraternization...............................................................................................38
On Call....................................................................................................................39
Patient Relations ..................................................................................................40
Privacy and Security of Patient Information......................................................43
Release of Information to Media .........................................................................44
Scheduling ............................................................................................................47
Sexual and Other Harassment.............................................................................49
Smoking and Tobacco Use ..................................................................................54
Telephone Procedures and Personal Telephone Use ........................................55
Testifying in Court & Depositions .....................................................................55
Uniform, Dress Code & Personal Appearance ..................................................57
Use of Alcohol While on Duty or On-Call .........................................................57
Visitors...................................................................................................................58
Volunteer Opportunities......................................................................................59
Workplace Safety & Safety Committee ..............................................................61
Workplace Searches .............................................................................................62
Workplace Violence ..............................................................................................63
Section III .............................................................................................................65
Absenteeism & Tardiness ....................................................................................65
Awards ...................................................................................................................66
Bereavement Leave ..............................................................................................67
Emergency Leave Request ...................................................................................67
Employment Classifications................................................................................69

2

Family Medical Leave Act (FMLA) ........................................................................ 71
Garnishment of Wages ...................................................................................... 76
Health Insurance & Continuation of Health Care Insurance Under COBRA........................... 77
Hiring of Relatives ............................................................................................ 78
Introductory Period ........................................................................................... 79
Jury Duty Leave ............................................................................................... 80
Leave of Absence ............................................................................................. 80
Military Leave ................................................................................................. 81
Moonlighting/Outside Work ................................................................................ 85
Off-Duty Access............................................................................................... 86
Orientation Program.......................................................................................... 87
Overtime ...................................................................................................... 88
Pay Procedures ............................................................................................... 89
Reporting to Work Well Rested ............................................................................. 89
Reporting Workplace Injury/Workers' Compensation ..................................................... 90
Short & Long Term Disability ............................................................................... 93
Sleep Time on 24 Hour Shifts ............................................................................... 94
Social Security................................................................................................. 95
Solicitation, Distribution of Literature, and Use of Bulletin Boards..................................... 96
Trading Shifts and Maintaining Operational Coverage .................................................. 97
Unemployment Compensation .............................................................................. 98
Vacation Time ................................................................................................ 99
Wage Deductions............................................................................................. 99
Wages and Pay Period ...................................................................................... 100
Section IV .................................................................................................... 103
Forms and Other Resource Materials...................................................................... 103
ATTACHMENT A Position Description - EMT ............................................................ 104
ATTACHMENT B Position Description - Paramedic ...................................................... 111
ATTACHMENT C Handbook Acknowledgment............................................................ 118
ATTACHMENT D Confidentiality and Non-Disclosure Statement ...................................... 119
ATTACHMENT E Authorization for Reference Checks and  Drug and Alcohol Testing ....... 120
ATTACHMENT F Application for Employment ............................................................ 121
ATTACHMENT G Employee's Report of Work Related Injury Form ................................... 129
ATTACHMENT H Accident Witness Statement Form ...................................................... 130

SPS Defendant 000239

## Welcome to our Organization

We are happy to welcome you to Southern.  Our organization is devoted to helping others and we need caring and compassionate team members to further our mission of service.  We want you to feel that your association with Southern will be beneficial to both you and the organization.

You have joined an organization that has established an outstanding reputation for high quality patient care and medical transportation services.  Maintaining this reputation is a responsibility of all of our personnel.  We hope you will find satisfaction and take pride in the organization and your involvement here.

This Handbook provides answers to many of the questions you may have about your work here. This includes our responsibilities to you as an organization, as well as your responsibilities to Southern as a staff member.  If anything is unclear, please discuss the matter with the appropriate supervisory or management staff person.

You are responsible for reading and understanding this Handbook, and your performance evaluations may reflect your adherence to our Policies, including those outlined in this Handbook.  You will also be asked to sign an acknowledgment statement indicating your receipt of this Handbook. Please complete and return the acknowledgment to your supervisor as soon as possible. In addition to clarifying responsibilities, we hope this Personnel Handbook also gives you an indication of Southern's interest in the welfare of all who work for or belong to this organization.

While Southern follows these Policies, you should understand that this Handbook is not an express or implied "contract" or guarantee of continued employment or membership in the organization.  Management has the right, except where prohibited by law, in its sole discretion, to change, modify, delete or revise any Policies, including this entire Handbook, at any time and for any reason with or without notice.  To the extent that there is a conflict between any Policy in this Handbook and any Collective Bargaining Agreement ("CBA") that may be in place within the organization, the terms of the CBA shall govern.

Compensation and personal satisfaction gained from helping others and in doing a job well are only some of the reasons most people work or volunteer for Southern. Most likely, many other factors count among your reasons for joining Southern: pleasant relationships, good working conditions, the chance to help the community, career development, and promotion opportunities are just a few. Southern is committed to doing its part to help assure you of a satisfying experience whether you are an employee or a volunteer.

We extend to you our best wishes for your success at Southern!

SPS Defendant 000240

## Introduction to this Handbook

As a new staff member, you will be going through a period of adjustment at Southern.  You may have questions about Southern, such as your day-to-day duties, benefits, and what you can expect from us and what we can expect from you. This Handbook has been prepared as a guide to answer many of your questions. Each of the Policies in this Handbook is important in providing the structure, rules, and guidance related to your involvement with Southern.  Please read it carefully and keep it handy to use as a reference tool.

If you cannot find an answer in the Handbook, then your supervisor will be your major source of information.  Supervisors expect questions and will do their best to give you a prompt response. Many of the policies included in this Personnel Handbook reference other policies within our organization.  You are encouraged to review and be familiar with all company policies during your service here.

Southern may, from time-to-time, make deletions, changes or additions to this Personnel Handbook.  When this occurs, you will receive updates as soon as possible. Nothing contained in this Handbook is to be considered an employment contract, and any employment relationship is deemed to be at the will of either the organization or you as an employee.

The successful operation of Southern depends on the professionalism, courtesy, and competency of all personnel.  It is our intent to rely on the best personnel to fulfill our mission of public service.  In return for your contribution to the success of Southern, we will make a concerted effort to provide you with a meaningful and rewarding experience here.  You can further expect respect for your individual rights, honest and fair treatment by management, high quality equipment, a safe and pleasant work environment, and conditions that are consistent with state-of-the-art EMS organizations.

At all times, we expect high quality performance along with cooperation and respect for the patient, the public, fellow staff members, and management. Professional appearance and behavior are crucial to our success and all personnel are expected to be courteous, loyal, honest, and to respect and comply with Southern rules, regulations, and policies. The strength of Southern is its personnel, and we invite you to provide input and suggestions for continued enhancement of our activities.

We are a "people" business. That means we all must do our very best to effectively communicate with others, especially the patients who rely so much on our service. Most of the calls we respond to do not involve "life or death" situations. The most frequent attribute you will need to rely upon is your interpersonal

SPS Defendant 000241

communication skills and your compassion for others. Many of our patients will be elderly and may need the emotional and psychological support that comes from a caring attitude in all that you do. We expect that all patients will be treated with utmost dignity. Please remember our overriding philosophy – treat others in the same way that you would want to be treated. If you follow this simple philosophy in every encounter with a patient, family member, the public, or fellow staff members, you will feel good about yourself and the service you provide, and you will enhance our position and reputation in the community.

## The Role of Your Supervisor

Your supervisor is a very vital part of our management team. Your supervisor will be your main "go to" person when you have questions or concerns. Your supervisor is directly responsible for overseeing daily operations, planning the work schedule, monitoring the quality of your work, and providing you with whatever assistance you may need.  Your supervisor will introduce you to your fellow personnel, show you where things are, and advise you on where you can improve your performance.

An important part of your supervisor's responsibilities is to answer questions, listen to your concerns, help you explore alternatives for resolving those problems, and take action where appropriate.  Your supervisor is there not only to supervise, but also to make your concerns known to upper management.  Feel free to discuss any issues with him or her and give your supervisor your cooperation.

Our entire management team prides itself on an "open door policy," and you are encouraged to approach any member of management with thoughts, problems, or other ideas for improving our organization.

## Statement of Employment at Will

Employment or membership with Southern is "at will," meaning that both you and the organization remain free to terminate the relationship at any time, for any reason, with or without advance notice.  Nothing in this Handbook shall be construed to alter the at-will nature of employment or membership status within the organization, and nothing in this handbook shall be construed to create a contractual relationship between Southern and any employee or member where such a relationship does not otherwise exist.

More specifically, none of the following alters the at-will nature of employment or membership status within the organization:

1.    Oral or written statements or representations, whether before or after your hiring, except an express written contract that is signed by you and an authorized representative of the Company.

2.    Practices or procedures of the Company or its supervisory personnel.

SPS Defendant 000242

3.     Any written materials including recruitment materials, employment applications, policies, rules, guidelines, descriptions of benefits, and this employment Handbook.

4.     Completion of an "Introductory Period," "Orientation Program" or conferral of "regular" employee status for which benefits begin to accrue.

Regardless of your status as an employee or volunteer member, our goal is to ensure fairness in all decisions related to your employment or membership with Southern. In the event there is need for corrective or disciplinary action, you can expect fair and consistent treatment by our managers with a focus on fully investigating any workplace issue before corrective action is taken.

## Personnel File & Updating Personal Information

It is important that Southern maintain complete and accurate personnel records for all employees and members. It is equally important to have certain information about all personnel on file. In order to keep these records up-to-date for operational, emergency and insurance purposes, it is essential that you notify the Company as soon as possible if there is any change to any of the following items:

a.     Legal name.
b.     Home address.
c.     Home telephone number.
d.     Person to contact in an emergency.
e.     Number of dependents.
f.     Marital status.
g.     Change of beneficiary.
h.     Driving record or status of driver's license (if you operate any Service vehicle).
i.     Military status.
j.     Exemptions on your W-4 tax form (*employees only*).
k.     Certifications, recognitions, expiration dates, identification numbers, etc.
l.     I-9 immigration forms (*employees only*).

Since we refer to your personnel file when making decisions in connection with promotions, transfers, corrective counseling and other important events, it is to your benefit (and at times required of you) to be sure your personnel file includes all relevant information about you. Completion of educational or training courses, outside civic activities, and documentation of areas of interest and skills that may not be part of your current position requirements may have an impact on future assignments, promotions, etc. The personnel file will also retain work and volunteer related information gathered about you during your involvement with our organization, including both positive and negative occurrences.

SPS Defendant 000243

Southern reserves the right to keep records related to investigations of possible criminal offenses, reference letters, documents prepared for criminal, civil, or grievance procedures, and materials used for other operations. This includes the results of criminal background checks, driving history, and medical examinations performed as part of employment or membership. To the extent possible, these records will be kept confidential.

## Medical Examination

We are a safety-sensitive operation and lives depend on our ability to physically and mentally deal with a wide range of situations. All applicants for employment or membership may be required to undergo a medical examination and alcohol and drug screening prior to the rendering of any services on behalf of Southern. The cost of the exam and the testing will be covered by the organization. Continued employment and/or membership with Southern is dependent upon the satisfactory completion of this medical examination and a determination that you are capable of performing the essential functions of the position, with or without reasonable accommodation for any disabilities that may affect your ability to function in a safe and effective manner. All physical examination requirements will be completed in compliance with all applicable workers' compensation and disability discrimination laws.

As a condition of continued relationship with Southern, personnel may also be required to undergo annual medical examinations, and routine and/or random illegal substance screening, consistent with policies further outlined in this Handbook.

## Non-Discrimination Commitment/Equal Employment Opportunity

Southern follows a strict Policy that we do not discriminate in providing services and care to the patients we serve, or in the terms and conditions of employment or membership for our staff. We will not discriminate on the basis of race, color, national origin, ancestry, religion, sex, age, disability, political belief, military service, or any other protected class. It is at all times, the intent of Southern to comply with State Human Relations Act provisions, as well as all federal discrimination and employment laws.

All personnel are encouraged to report to his or her supervisor or other member of management any incident in which he or she feels that there has been discrimination on the basis of race, color, national origin, ancestry, religion, sex, age, disability, political belief, military service, or any other protected class.

Additionally, in compliance with all hiring, membership, promotion, discipline and workplace accommodation decisions shall occur on a non-discriminatory basis, with reasonable accommodations being made where possible, to the extent that essential job functions can be properly performed.

SPS Defendant 000244

## Immigration Law Compliance

Southern is committed to employing only United States citizens and aliens who are authorized to work in the United States. We will not unlawfully discriminate on the basis of citizenship or national origin. In compliance with the Immigration Reform and Control Act of 1986, each new employee, as a condition of employment, must complete the Employment Eligibility Verification Form I-9 and present documentation establishing identity and employment eligibility. Former employees who are rehired must also complete the form if they have not completed an I-9 form within the past three years, or if their previous I-9 form is no longer retained or valid.

## Personnel Medical Records

All medical records we receive about staff members are retained in a confidential manner to the fullest extent possible.  Generally, only those persons within Southern with a need to know the information will have access to such records. And, even then, such persons will only have access to as much information as is minimally necessary for the legitimate company-related use of the medical records. All staff member medical information will be kept in a locked office or a locked file cabinet, and will be maintained separate from personnel files.  Medical information in electronic form will only be accessed by management personnel authorized and permitted under the law to access that information.

In accordance with laws concerning disability discrimination, all medical records of personnel will be kept in separate files, apart from the general personnel file.  These records will be secured and be treated as confidential, except that, in accordance with the law, management must have limited access to learn about information regarding necessary restrictions on the work or duties of the employee and reasonable accommodations that may have to be made.

In accordance with the Privacy Rule of the Health Insurance Portability and Accountabilities Act (HIPAA), employment records are not considered to be protected health information (PHI), subject to HIPAA safeguards.  This includes certain medical records that may be retained by Southern as your employer.  While HIPAA's privacy Rule is not applicable to employment records, general state and federal privacy laws remain applicable. In the interest of privacy and confidentiality, Southern will treat your medical records with utmost respect, privacy, and security to the greatest extent possible.

SPS Defendant 000245

## Mission & Values Statements

The mission of Southern is to provide outstanding emergency medical services and patient transportation services. We provide these services in a professional manner while maintaining the dignity of those we serve.  Our staff continuously strives to learn, improve and grow in enhancing the delivery of emergency medical services to those we serve.

**Southern adheres to the following values:**

### *Commitment to Service*
We treat persons with illness and injury in our community with care and compassion, utilizing effective principles and practices of patient care, and we strive for excellence through ongoing evaluation and improvement.

### *Respect*
We recognize the dignity of others and communicate with others in a respectful manner.

### *Integrity*
We serve with honesty, loyalty and dedication.

### *Accountability*
We are responsible for our actions, both positive and negative.

### *Teamwork*
We practice teamwork through communication and cooperation to achieve common goals.

### *Fair Treatment*
We do not discriminate against patients or personnel on the basis of race, color, national origin, ancestry, religion, sex, age, disability, political belief, military service, or any other legally protected characteristic.

## Communication Group Meetings

Southern prides itself on its ability to provide high quality patient care and maintain an environment that is and safe for all employees and members.  To best achieve those goals, we have implemented a program of periodic and informal communication meetings between management and staff.  The purpose of these meetings is to obtain the input of individual personnel, through discussions between small groups of personnel and members of management.

The meetings will occur periodically, and will involve randomly selected personnel for participation in each meeting.  The intent is for all personnel to have the opportunity to participate in these meetings at some point in each year.  Several personnel each month will have the opportunity to talk directly to a member of management at one of these meetings in order to voice concerns and make suggestions for improving the organization.

SPS Defendant 000246

Personnel should not feel pressured to participate, but should remember that their individual input is important and will be greatly appreciated.  Thoughts and ideas on patient care issues, work conditions, and other terms of employment or membership can greatly improve the quality of patient care and the work environment.  Individual concerns will not be attributed to individual participants directly, and those that do participate will not face any retribution or retaliation for any complaints or concerns that are raised in this constructive format.

All personnel are always welcome to approach any member of management with additional concerns at any time, and for any purpose.  The use of an informal, social, low pressure setting that exists with the communication group is often a way for Southern to obtain useful information to improve our operations and our relationship with our staff.

The Communication Group Meetings are also a great way for "front line" personnel and management to interact in a relaxed and informal setting.  Mutual respect, equality, and individual attention to everyone's concerns are of utmost concern.  Efforts will be made to answer any concerns, or resolve any problems as quickly as possible.  A short written summary of the meeting identifying the key issues and the management response to those issues will be provided shortly after the meeting, and be distributed to all personnel and management.  As discussed above, individual suggestions will not be attributed to the person making the comment.  At times, we may even solicit anonymous comments, in order to better assure confidentiality when sensitive issues are raised.  Personnel offering suggestions or complaints will face no retribution or retaliation for raising their good faith concerns or suggestions.

## Organizational Structure and Authority

Chain of Command:
Supervisor/Station Manager
Regional Manager
Operations Manager
CEO

## Compliance

Southern is committed to adhering to all local, state and federal laws that relate to the operation of our organization.  As a staff member of Southern, we expect you, too, to adhere to all these requirements.  Such compliance will ensure proper patient care, and help make for a better work environment.  Southern may be required to report certain violations of law to appropriate oversight authorities.  Be aware that inappropriate actions, not in compliance with the law, may subject you to discipline or corrective counseling.

SPS Defendant 000247

# Section II
# General Policies – All Personnel

SPS Defendant 000248

# Alcohol and Substance Abuse & Testing

**Purpose:**  To follow state and federal laws consistent with our commitment to the well being of our personnel and patients we serve by maintaining a safe work environment.

**Policy:**  Southern will not tolerate personnel under the influence of alcohol or illegal drugs or those who use alcohol or illegal drugs (or misuse legal drugs) while on duty, while operating Company vehicles, or while representing Southern.

**Procedure:**

I.    **Definition of Terms.**

     a.    Legal Drug: A prescribed drug or over-the-counter drug that has been legally obtained and is being used for the purpose for which it was prescribed or manufactured.

     b.    Illegal Drug: Any drug which cannot be legally obtained (e.g. marijuana, hallucinogens, etc.) or which, although legal:

        1.    Has been illegally obtained or prescribed.

        2.    Is not being used for its prescribed purposes.

        3.    Is being used in larger doses than recommended.

     c.    Premises: Used in its broadest sense, it includes all land (including leaseholds, easements, and other job sites), property, buildings and other structures, vehicles owned by, or leased to, Southern.

     d.    Reasonable Suspicion: Aberrant or unusual behavior of personnel who exhibit any of the following:

        1.    Symptoms that are commonly associated with intoxication or impairment caused by illegal drugs or alcohol.

        2.    Behaving in a manner that is not reasonably explained as resulting from causes other than the use of controlled substances.

        3.    Observed using or in the possession of illegal drugs or alcohol. All such observations must be made by a supervisor or member of management, and must be documented in writing by the observer(s).

SPS Defendant 000249

II.        **Prohibited Acts.**

    a.    The use or possession of alcohol or illegal drugs on the premises, or being under the influence of alcohol or illegal drugs while performing Southern duties or representing Southern, is prohibited at all times.

    b.    Personnel should be aware that the use of some prescriptions or over-the-counter drugs might also affect their ability to properly perform their job duties.  Therefore, you have the responsibility to report such use of legal drugs that may have side-effects to your supervisor when you are aware of potentially adverse effects on performance or in the safe operation of Company equipment.

    c.    You may continue to work even though you may be taking a legal drug (such as over the counter cold medications), as long as such use does not pose a threat to your safety or the safety of other personnel or patients and you can safely perform the duties of your position.

III.    **Drug Testing.**

    a.    This Policy, regulating the use, possession, and testing for presence of alcohol and drugs shall be administered fairly and consistently to all personnel.

    b.    Pre-employment or pre-membership screening may be performed.

        Additionally:

        1.    All applicants will be requested to sign an authorization and release agreeing to submit to a drug screen. Applicants who refuse to sign the authorization or to submit to the drug screen will not be considered for employment or membership.

        2.    An applicant who fails the drug screening test will be advised to consult with a physician or a counseling center.  A new application may be submitted for employment or membership ninety (90) days from the date of the last conditional offer of employment or membership if the applicant provides medical evidence that a physician has found no sign of alcohol or drug abuse or that the applicant had undergone prescribed treatment.

    c.    Routine testing of personnel may occur.

        1.    Personnel may be required to submit to drug testing under the following circumstances:

            A.    Where state or federal regulations require such testing.

SPS Defendant 000250

B.      Where Southern has reasonable suspicion of on-the-job impairment or intoxication in accordance with this Policy.

C.      Where a staff member has been referred to treatment for alcohol and/or drug abuse, in which event the personnel shall be subject to random testing for one (1) year after he or she has returned to work.  Personnel will also be required to furnish Southern with a copy of the treatment facility's prescribed after care program and proper verification of the staff member's compliance with the after care program or revisions thereto.

D.      Anytime following a motor vehicle accident, however minor, in which the staff member was the operator of the vehicle.

2.      Personnel required to submit to drug testing shall be informed of the reason for such testing.  In the case of "reasonable suspicion" testing, personnel shall be given a copy of the written order from the supervisor(s) involved, including documentation of the specific objective facts constituting "reasonable suspicion" in accordance with this policy.  The staff member will be requested to sign an acknowledgment that testing has been requested and that he or she consents to such testing.

3.      Personnel who refuse to sign a requested testing agreement or who refuse to submit to testing after signing the agreement shall be immediately suspended, and an investigation shall occur to determine whether the refusal was reasonable.  If the refusal is found to be unreasonable, it will be treated as an intentional violation of this Policy, and may lead to discipline, up to and including termination.

4.      Testing procedures shall conform to accepted practices, and the Southern may utilize an outside or contracted person or organization for this purpose.

d.   Test results shall be communicated to Southern as soon as possible upon receipt of the results from the testing facility. Further:

1.      Copies of all documents including test results, computer printouts, graphs, interpretations and chain of custody forms may be given, at the discretion of management, to personnel upon request.

2.      Any staff member who, as a result of testing is found to have alcohol or illegal drugs in his or her system will be considered in violation of this policy.

15

SPS Defendant 000251

3.  All records and information obtained by Southern regarding drug testing, requests for testing, the test results, and treatment of personnel for chemical dependency will be confidentially maintained by Southern as fully as possible, and will be used in accordance with the law.  Test results may need to be shared with designated management personnel, or others on a "need to know" basis.

# Background Checks

**Purpose:**  To follow state and federal laws, and to ensure the highest degree of safety for our personnel and patients by adequately screening the background of our personnel.

**Policy:**  Southern shall perform all necessary background checks, including criminal history, child or elder abuse history, driving record, and other required background checks prior to any service performed by a potential employee or volunteer. Each employee or volunteer must satisfactorily complete the background check process prior to performing any services.

**Procedure:**

I.  **Driving Record Background Check for All Personnel Whose Participation Involves the Operation of a Motor Vehicle.**

a.  Individuals with a poor driving record may not be permitted to operate Company vehicles, and in some cases, may not be considered for employment/membership. Each applicant (for employment or membership) is required to submit necessary information to Southern to enable Southern to obtain a copy of the driving record from the applicable state agency (e.g., Department of Transportation).

b.  Any applicant (for employment or membership) who does not cooperate with the driver record check process will not be considered for employment/membership.

c.  At all times during employment/membership, personnel must meet the following criteria while operating Company vehicles:

1.  They must have a valid driver's license (where work requires operation of a Company vehicle).

2.  They must observe all traffic laws.

3.  They must not be addicted to, or under the influence of, alcohol or drugs.

SPS Defendant 000252

4. They must be free from physical or mental impairments that may adversely affect the person's ability to drive and pose a danger to self or others, if those impairments cannot be reasonably accommodated.

d. Any changes in a personnel driving record (such as conviction for speeding, or any conviction for a moving traffic violation) must be reported to a supervisor immediately.  Failure to do so may result in disciplinary action, up to and including termination.

e. Applicants may be required to successfully completed an EVOC and provide a copy of the certificate, prior to being offered a position with Southern.

## II.  Review of OIG Exclusions.

a. The Department of Health and Human Services, Office of Inspector General (OIG) reports those individuals or organizations that have been excluded from participating in federal health care programs. Those on the excluded list are not permitted to provide services that will be billed to a federal health care program (such as treating Medicare/Medicaid patients) and are not permitted to be involved in billing or related functions.

b.  As part of its application process, Southern will research the OIG's database for possible applicant exclusion.  Exclusion from any federal health care program constitutes grounds for disqualification of employment/membership.

c. Southern will conduct periodic re-checks of the OIG exclusion database. In the event that a current employee or member is found to appear on the exclusion list, termination of employment/membership may be required.

## III.  References.

a. Applicants shall provide a list of references, including past employers. References shall not include family members and social friends.

b. Southern may contact each named reference to confirm the qualifications, abilities, or character of each applicant (for employment or membership).

c. Any applicant (for employment or membership) who does not supply references will not be considered for employment or membership.

## Cellular Phone Use

SPS Defendant 000253

**Purpose:** To prevent distractions in the workplace and help ensure the safety of all personnel and the patients we serve.

**Policy:** Cellular phone use and use of personal digital assistants (PDAs) while on duty shall be limited to necessary work related calls made on work-issued phones. Personal use of cell phones is only permitted during limited times when work responsibilities are not being performed.

**Procedure:**

I. **Personal Cellular Telephones.**

    a.    Personal cellular telephones are permitted to be carried while on duty, but must be placed on silent mode, and allow voice mail to answer the call. Messages may be checked on "down time" when not actively involved in a call or performing work duties.

    b.    Cellular phones may be used for personal purposes, but conversations shall be limited to five (5) minutes, and never be cause for delay in responding to a patient or beginning an assignment.

    c.    While attending to a patient or while operating a Company vehicle, personnel shall not, under any circumstances, respond to (or make) a personal cellular telephone call, send text messages, or check electronic mail on PDAs.

    d.    In the interest of protecting employee documents, patient confidentiality, and to prevent the capture of inappropriate data, under no circumstances shall any personnel be permitted to carry a cellular telephone or PDA that also serves as a camera. Additionally, no other personal electronic devices, including PDA's, cameras, or other personal computers (not issued or authorized by Southern for patient care purposes) shall be carried by personnel while on duty.

    e.    Personnel are prohibited from using personal cellular telephones or PDAs between the dispatch of a call and the time that the call is cleared. This is to prevent any distractions while engaged in patient care, and to avoid any possible interference with equipment that may occur based upon the cellular activity.

II. **Company-Issued Cellular Phones.**

    a.    Company-issued cellular phones or PDAs shall be used for Company business only, including, but not limited to, making contact with dispatch, medical command, or a receiving hospital.

    b.    Personnel will not utilize a cellular telephone or PDA while driving.  If cellular communication is necessary, the passenger should handle the telephone.

SPS Defendant 000254

# Computer, Internet & E-Mail Use

**Purpose:** To maintain a respectable and ethical work environment as well as ensure the proper use of all electronic equipment.

**Policy:** Southern permits the proper use of computers, Internet and electronic mail in accordance with these guidelines to ensure appropriate communications and to protect the integrity and security of our information system.

**Procedure:**

I.   **Background.**

    a.   Southern provides select personnel with Internet access including the World Wide Web to encourage the use of this powerful tool for work-related research and fast retrieval of up-to-date information on a wide variety of subjects relevant to our organization's mission.

    b.   In many cases, Internet access and use is a necessary function for billing and claim submission purposes.

    c.   The Internet is a vast, chaotic, unregulated, unorganized, confusing, and potentially dangerous place.  To ensure that Internet access is used in furtherance of appropriate objectives and to provide a measure of control and structure as to its use, Southern applies strict guidelines to Internet access.

II.  **Permitted Uses of the Internet.**

    **a.**   Internet access is a resource involving the use of Southern assets (modems, telecommunications networks, computers and software) and should be used for business purposes only.  Non-business use (such as net surfing for personal enjoyment or entertainment, or other non-business purposes) is prohibited while on working time. The use of any computer may be monitored at any time via internet accounts.

III. **Prohibited Uses of the Internet.**

    a.   The following uses of the Internet are prohibited:

        1.   Viewing and accessing sexually explicit or offensive materials, or which may be offensive, hostile or harassing with respect to anyone's race, color, national origin, ancestry, religion, sex, age, disability, political belief, military service, or any other protected class.

        2.   Use of the Internet for unlawful purposes such as:

SPS Defendant 000255

A.  Downloading or copying information (e.g., sounds, images, documents, etc.) or programs in violation of copyright and software licensing laws.

B.  Using the Internet for unauthorized access to other computer systems.

C.  Using the Internet to distribute or receive destructive programs (i.e., viruses and/or self-replicating code), etc.

3.  Use of the Internet for personal commercial or profit-generating activities or for personal advertisements, solicitations, promotions, political material, or any other similar purposes.

4.  The downloading of programs and other executable files (without prior permission from the management), since typical work related Internet research and use should not require the download of any additional programs. Downloading programs without authorization is prohibited.

5.  Other specific violations include, but are not limited to:

- Sending or posting discriminatory, harassing, or threatening messages or images.
- Accessing any web sites that are pornographic in nature, including any "adult sites."
- Using the organization's time and resources for personal use or pleasure without prior authorization.
- Stealing, using, or disclosing someone else's code or password without authorization.
- Copying, pirating, or downloading software and electronic files without permission.
- Sending or posting confidential material, including information about internal Southern matters.
- Violating copyright law.
- Failing to observe licensing agreements.
- Engaging in unauthorized transactions that may incur a cost to the organization or initiate unwanted Internet services and transmissions.
- Sending or posting messages or material that could damage Southern's image or reputation.
- Participating in the viewing or exchange of pornography or obscene materials.
- Sending or posting messages that defame or slander other individuals.
- Attempting to break into the computer system of another organization or person.
- Refusing to cooperate with a security investigation.

SPS Defendant 000256

- Sending or posting chain letters, solicitations, or advertisements not related to ABC purposes or activities.
- Using the Internet for political causes or activities, religious activities, or any sort of gambling.
- Jeopardizing the security of the Southern's electronic communications system.
- Sending or posting messages that disparage another organization's products or services, including other ambulance companies.
- Passing off personal views as representing those of the organization.
- Sending anonymous e-mail messages (except to the extent that Southern has created an anonymous compliance or complaint e-mail reporting system).
- Engaging in any other illegal activities or assisting others to engage in such activity via the computer equipment, electronic mail or the Internet.
- Sending offensive or sexually explicit messages, or viewing websites with sexually explicit, pornographic, or offensive materials.

IV.   **E-Mail Use.**

a.   E-mail is not a private communication system that may be used freely. Personnel shall not use e-mail to send personal information or discuss private matters about anyone, including themselves.

1.   Except as may be specifically permitted under our organization's privacy policies, patient information should not be discussed over e-mail.

2.   Any defamatory, insulting, derogatory or sexually offensive remark about any person or group of persons utilizing electronic or other communication is prohibited.

3.   Any member or employee who violates this requirement may be subject to disciplinary action, including termination.

4.   Improper use of e-mail may also expose personnel to criminal charges separate and apart from disciplinary action.

b.   E-Mail use is reserved for business purposes only.

V.   **Access and Security.**

a.   Under no circumstances should personnel be logged in under someone else's user name or use any computer on which they have not logged in under their own name.

SPS Defendant 000257

1.     When a member or an employee uses a machine not assigned to him or her, he or she should, out of courtesy, ask the permission of the employee who is assigned to that particular machine.

2.     For security purposes, personnel should log out of the computer system when they will be away from their desk for a prolonged period of time or use an automatic screensaver password to prohibit others from utilizing an unauthorized machine.

b.     Accessing Internet sites may identify to third parties both the user's name and the Southern name. Appropriate caution must be exercised in accessing sites.

1.     Disclosing privileged and/or confidential information and offering opinions or advice over the Internet must not occur.

2.     Many Websites have software, which can identify the user accessing the site. When accessing sites, be aware that such access may be tagged or identified with an identifying name and the Southern name.

3.     The intentional access and use of Internet sites in a manner that could compromise Southern in any manner is prohibited.

c.     Southern has the ability to monitor Internet access (all messages sent, sites accessed, and information downloaded). All such information is the property of Southern.  Southern reserves the right to review and disclose such records or information with or without prior notice. Computer hard drives will contain a history of sites recently visited and information (such as text and graphics) from those sites.

d.     Personnel are not permitted to bring in their own computer and use Southern modems, Internet, or E-mail connections to access the Internet, or E-mail systems with such personal devices unless prior approval is granted. All Internet and E-mail access must be made through Southern equipment.

## Conflict Resolution & Problem Solving

**Purpose:** To provide for an effective working relationship between staff members, and to have a mechanism in place to resolve problems as they occur.

SPS Defendant 000258

**Policy:** Southern will handle and resolve misunderstandings, conflicts, and complaints that may arise in a systematic and non-discriminatory manner to ensure appropriate resolution.

**Procedure:**

I.      **Conflict Resolution.**

      a.      When a complaint or conflict is apparent, personnel should first discuss the situation with a supervisor, preferably immediately following the event or incident.

      b.      Complaints received by any personnel coming from non-personnel (e.g. patients, family members, vendors, and business partners, regarding incidents of quality care and poor relations) shall be forwarded to a supervisor as soon as possible.

      c.      The nature of the problem or complaint will be documented by the supervisor.

      d.      The supervisor will conduct an investigation of the problem.

      e.      In cases where the problem relates to compliance, HIPAA, or raises a question of federal or state law, appropriate persons shall be notified and involved.

II.     **Scope.**

      a.      Personnel are encouraged to present good faith concerns of any nature to their supervisor, or other manager.  Such concerns may pertain to any work-related subject, including the following:

            1.      Scheduling conflicts.

            2.      Alleged harassment.

            3.      Perceived Policy violations.

            4.      Perceived HIPAA or other compliance issues.

            5.      Benefit or pay issues.

            6.      Personal conflicts among co-workers (e.g. incompatibility, or inability to work together).

            7.      Disciplinary actions.

            8.      Any perceived violation of the law, or any perceived unethical conduct.

SPS Defendant 000259

**III.   Investigation Procedure.**

    a.    Management engaged in an investigation of any complaint will gather all appropriate information, and interview all persons involved, or believed to be involved.

    b.    Personnel interviewed by management regarding a concern, complaint, suggestion, or conflict are expected to fully cooperate and offer information in a truthful manner.

    c.    All attempts will be made to resolve problems in a quick and fair manner. Presenting conflicts, complaints, and suggestions is a useful mechanism to improve working conditions.

    d.    Personnel offering complaints, conflicts and problems in good faith will not face retribution or retaliation.

# Exposure Control & Education

**Purpose:** To provide a safe work environment for all personnel, patients, and others by limiting our exposure to infectious disease and to appropriately deal with exposures that do occur.

**Policy:** Southern expects all personnel to follow the "Exposure Control Plan" that has been developed, as well as all other safety reporting and training standards to minimize or eliminate instances of exposure to bloodborne pathogens and other contaminants or diseases and to otherwise prevent injury in the workplace.

**Procedure:**

**I.   Exposure Control Plan.**

    a.    Southern has implemented an "Exposure Control Plan" ("Plan") that is consistent with Occupational Safety & Health Administration (OSHA) standards. This Plan also includes relevant safety Policies, as required under the Plan.

    b.    Relevant exposure and safety areas addressed in the Plan include, but are not limited to:

- Universal precautions.
- Sharps disposal (engineering controls).
- Personal protective equipment.
- Disposal of regulated waste.
- Disposal of contaminated linens.
- Proper use of labels.
- Exposure reporting requirements.

SPS Defendant 000260

    c.    All personnel shall follow exposure requirements and reporting obligations as outlined in full in the "Exposure Control Plan."

## II.    Vaccinations.

    a.    Hepatitis B Vaccination.

        1.    Southern may make the Hepatitis B vaccination available to personnel at no cost and within 10 days of initial assignment to personnel at risk of bloodborne pathogen exposure. Vaccination is encouraged unless:

            A.    Documentation exists that the employee or member has previously received the vaccination,

            B.    Antibody testing reveals that the employee or member is immune, or

            C.    Medical evaluation shows that vaccination is contraindicated.

        2.    Personnel may choose to decline the vaccination. If personnel choose to decline the vaccination, he or she must sign a refusal form acknowledging the refusal to receive the vaccination. This refusal form can be found at Attachment A.

## III.    Education and Training.

    a.    Southern shall conduct, on a regular basis, various training and educational sessions regarding bloodborne pathogens, contractions of illness, safety and universal precautions procedures, and other such trainings on topics required or recommended by federal and state safety and regulatory agencies.

    b.    Southern shall provide important safety and health information (e.g. OSHA updates and state Department of Health findings and publications regarding illness, bloodborne pathogens, infectious disease control) on designated bulletin boards, through personnel publications, and by other means.

    c.    Education and training is critical for the safety of all personnel and patients that Southern treats. It is critical that all personnel be involved in the training related to exposure control and proper use and disposal of instruments and gear, to prevent contamination, hazards, or otherwise compromise the health and safety of personnel or patients. Failure to attend mandatory training sessions can lead to discipline.

SPS Defendant 000261

# Firearms, Weapons & Explosives

**Purpose:** To maintain a safe working environment by prohibiting dangerous weapons and devices in the workplace.

**Policy:** Personnel are prohibited from carrying firearms, weapons, explosives or other dangerous devices while on duty, or bringing such items to the workplace.

**Procedure:**

I.    **Definitions.**

    a.    For purposes of this Policy, "weapons" include both offensive and defensive weapons, including but not limited to, pepper spray/mace, firearms and explosives including fireworks, TASER/stun gun, black jack, or any night stick or billy club.

II.    **Standards.**

    a.    This Policy does not apply to law enforcement officers who are serving in an authorized law enforcement capacity.

    b.    This Policy does not apply to legitimate Southern equipment and supplies that may have dangerous potential (e.g. rescue knives, needles), or may have explosive tendencies (e.g. compressed gasses).

    c.    All weapons are prohibited from being on Southern property, including lockers, personal backpacks or other carrying cases while on company property, and in company vehicles.

    d.    If you have any question or concern about what may constitute a prohibited weapon under this Policy, you should immediately consult your supervisor.

# General Compliance Policy
## (Standards of Care, Legal Compliance, Fraud & Abuse, Conflicts of Interest, Business Compliance, Personal Conduct)

**Purpose:** To remain in compliance with all federal, state, and local rules, laws, and ordinances that relate to the provision of ambulance services.

**Policy:** Southern expects all personnel to conduct themselves at all times in a manner that is compliant with all laws related to reimbursement, confidentiality, and other areas.

SPS Defendant 000262

**Procedure:**

I.    **General Standards of Care.**

    a.    Conduct that is dangerous to others, dishonest, immoral, illegal or abusive will not be tolerated.   Violation of these standards of conduct will be grounds for disciplinary action, up to and including termination.

    b.    Southern reserves the right to dismiss any employee or member without warning, progressive discipline, or notice, if we determine that continued employment or membership is not in the best interests of the Southern, other employees, members or the people we serve.  In other words, at all times, employment and membership is "at will."

    c.    Southern reserves the right to suspend an employee or member (with or without pay) as it deems appropriate, as part of its investigation of a staff member's conduct.  Southern reserves the right to take any action including suspension and termination from employment or membership as a first step.

II.    **Legal Compliance.**

    a.    Southern expects its personnel to refrain from conduct that may violate the federal fraud and abuse laws (i.e. Anti-Kickback Statute;  False Claims Act). These laws prohibit:

        1.    Direct, indirect, or disguised payments in exchange for the referral of patients.

        2.    The submission of false, fraudulent, or misleading claims to any government entity or third party payer, including claims for services not rendered, claims which characterize the service differently than the service actually rendered, or claims which do not otherwise comply with applicable program or contractual requirements.

        3.    Making false representations to any person or entity in order to gain or retain participation in a program or to obtain payment for any service.

        4.    Submitting false claims to the government by seeking payment by:

            A.    Up-coding (increasing the level of service actually rendered).

            B.    Fabricating transports (billing for transports that did not occur).

27

SPS Defendant 000263

C.   Falsifying claim information (adding false information to demonstrate medical necessity when the original documentation fails to support medical necessity).

b.   All personnel must comply with applicable antitrust and similar laws that regulate competition. Examples of conduct prohibited by these laws include:

1.   Agreements to fix prices, bid rigging, collusion (including price sharing) with competitors.

2.   Boycotts or certain exclusive dealing and price discrimination agreements.

3.   Unfair trade practices including bribery, misappropriation of trade secrets, deception, intimidation, and similar unfair practices. Personnel are expected to seek advice from Southern's counsel when confronted with business decisions involving a risk of violation of the antitrust laws.

c.   Personnel are expected to utilize resources appropriately and efficiently, to recycle where possible, and otherwise dispose of all waste in accordance with applicable laws and regulations, and to work cooperatively with the appropriate authorities to remedy any environmental contamination for which Southern may be responsible.

d.   All personnel shall treat all other personnel, patients, family members, vendors, and business partners fairly and equitably. In accordance with the non-discrimination commitment, Southern will treat patients without regard to the race, color, national origin, ancestry, religion, sex, age, disability, political belief, military service, or any other protected class.

e.   All personnel shall be recruited, hired, trained, promoted, assigned, transferred, laid off, recalled and terminated based on ability, achievement, experience and conduct without regard to race, color, national origin, ancestry, religion, sex, age, disability, political belief, military service, or any other protected class.

f.   Personnel shall act in accordance with the "Sexual and Other Harassment" Policy, and any form of harassment or discrimination on the basis of race, color, national origin, ancestry, religion, sex, age, disability, political belief, military service, or any other protected class will not be tolerated.  Each allegation of harassment or discrimination will be promptly investigated in accordance with applicable Policies.

**III.   Fraud.**

SPS Defendant 000264

a.    All personnel shall accurately and honestly represent Southern and will not engage in any activity or scheme intended to defraud anyone of money, property, or honest services.

1.    Southern requires candor and honesty from individuals in the performance of their responsibilities and in communication with our attorneys and auditors.

2.    Personnel shall not make false or misleading statements to any patient, person, or entity doing business with Southern about other patients, persons, or entities doing business or competing with Southern, or about the products or services of Southern or its competitors.

b.    Personnel shall not misappropriate confidential or proprietary information belonging to another person or entity, or utilize any publication, document, computer program, information, or product in violation of a third party's interest in such product.

1.    All personnel are responsible to ensure they do not improperly copy for their own use documents or computer programs in violation of applicable copyright laws or licensing agreements.

2.    Personnel shall not utilize confidential business information obtained from competitors (including patient and customer lists, price lists, contracts, or other information in violation of a covenant not to compete or a prior employment agreement) in a manner likely to provide an unfair competitive advantage to Southern.

## IV.    Conflicts of Interest.

a.    Directors, officers, committee members, employees and members owe a duty of undivided and unqualified loyalty to Southern. Persons holding such positions may not use their positions to profit personally or to assist others in profiting in any way at the expense of the organization.

b.    All personnel are expected to regulate their activities to avoid actual impropriety and/or the appearance of impropriety which might arise from the influence of those activities on business decisions, or from disclosure or private use of business affairs or plans of Southern.

c.    While not all inclusive, the following will serve as a guide to the types of activities by personnel, or an individual in the immediate family (spouse, child, or parent), which might cause conflicts of interest:

1.    Representation of Southern by a member in any transaction in which he or she, or an immediate family member, has a substantial personal interest.

SPS Defendant 000265

2.      Disclosure or use of confidential, special, or inside information of or about Southern, particularly for personal profit or advantage, of a particular staff member, or an individual in that person's immediate family.

3.      Competition with Southern by personnel or an individual in that person's immediate family, directly or indirectly, in the purchase, sale or ownership of property or property rights or interests, or business investment opportunities.

d.      All personnel are requested to consult with management prior to serving as a member of the Board of Directors of any organization whose interests may conflict with those of Southern. However:

1.      Any personnel who is asked, or seeks to serve on the Board of Directors of any organization whose interest would not negatively impact Southern (for example, civic, charitable, fraternal) will not be required to obtain such approval.

2.      Southern may prohibit continued employment or membership to anyone who serves as a member on any Board of Directors where such membership might conflict with the best interest of Southern.

e.      Personnel must disclose actual, apparent, or possible conflicts that may arise.

1.      Such disclosures shall be made in writing and be delivered to a supervisor or member of management of Southern.

2.      Copies of such disclosures will be forwarded to appropriate compliance or ad hoc conflict committees for prompt resolution.

3.      All potential conflicts will be initially decided upon by such a committee. Ultimate resolution of such conflicts, and the determination as to whether such a conflict is harmless or must be resolved, shall be decided by a vote of all active personnel. The person involved in the possible conflict shall be excused from participation in any such vote.

## V.    Business Compliance.

a.      Business transactions with vendors, contractors, and other third parties shall be free from offers or solicitation of gifts and favors or other improper inducements in exchange for influence or assistance in a transaction.

SPS Defendant 000266

b.       The standards set forth below are intended to guide personnel in determining the appropriateness of the listed activities or behaviors within the context of business relationships, including relationships with vendors, providers, contractors, third party payers, and government entities. It is the intent that this Policy be construed broadly to avoid even the appearance of improper activity. If there is any doubt or concern about whether specific conduct or activities are ethical or otherwise appropriate, personnel should contact a supervisor.

1.       Personnel are prohibited from soliciting or accepting tips, personal gratuities, monetary tips, or gifts from patients or family members of patients.  If a patient or another individual wishes to present a monetary gift, he or she should be referred to a supervisor.

2.       Personnel are prohibited from soliciting or accepting gifts, favors, services, entertainment or other things of value from outside entities to the extent that decision-making or actions affecting Southern might be influenced. Outside entities include equipment vendors, hospitals, physicians, nursing facilities, dialysis facilities, or other individuals or organizations with which Southern maintains, or could maintain a business relationship, or where either Southern or the outside entity is in a capacity to make referrals to one another. Similarly, the offer or giving of money, services, gifts, or other things of value by Southern personnel with the expectation of influencing the judgment or decision making process of any purchaser, supplier, customer, government official or other person is prohibited.

3.       Notwithstanding #2 above, personnel may receive and offer token gifts or promotional items to and from vendors that have a nominal value.  If any member or employee has any concern whether an item should be accepted, the member or employee should consult with his or her supervisor.  To the extent possible, these items should be shared with Southern's other members and employees.  Personnel shall not accept excessive gifts, meals, expensive entertainment or other offers of goods or services that have more than a nominal value nor may they solicit gifts from vendors, suppliers, contractors or other persons.

A.       For purposes of this Policy, nominal shall mean less than $25.

B.       Such nominal gifts include coffee mugs, T-shirts, pens, flashlights, and other similar "promotional" items.

SPS Defendant 000267

4.    Attendance at local, vendor-sponsored workshops, seminars, and training sessions is permitted, but such attendance should not be offered free of cost when the vendor imposes a charge on other persons or organizations.

c.    Personnel may not utilize "insider" information for any business activity conducted by or on behalf of Southern.  All business relations with contractors must be conducted at arm's length both in fact and in appearance, and in compliance with standard business practices.  Personnel must disclose personal relationships and business activities with contractor personnel that may be construed by an impartial observer as influencing the members or employees' performance or duties.

## VI.    Personal Conduct.

a.    All personnel shall conduct themselves professionally at all times, with respect for fellow personnel and the public.

1.    Inappropriate conduct, including intimate, sexual, affectionate, or other behavior between individual members, employees, or outside persons (as defined in the "Sexual and other Harassment" Policy) while on Southern premises or while engaged in Southern activities is prohibited.

2.    Such inappropriate conduct seriously undermines our ability to function and to maintain a cordial and professional atmosphere.

3.    If the personal conduct or relationships between personnel causes others to feel uncomfortable or make it difficult for them to function, then the conduct creates a particularly difficult situation for morale, discipline, and the ability to work together as a team.  This type of behavior cannot be tolerated.

b.    All policies within this Handbook that relate to personnel conduct shall be followed, including standards contained within this Policy.

c.    The following unprofessional conduct shall not be tolerated. This list is not all inclusive and simply provides examples of prohibited conduct, each of which may be grounds for discipline:

1.    Calling someone a derogatory name.
2.    Use of profanity.
3.    Display of sexually explicit literature, photographs, movies, videotapes or computer images.
4.    Use of pornographic material (such as magazines) or use of pornographic devices or paraphernalia on Southern premises or its vehicles.
5.    Internet access and viewing of sexually explicit web sites.

SPS Defendant 000268

6. Sending sexually explicit or offensive e-mail messages, notes or letters.
7. Watching sexually explicit or offensive television programs or videotapes while on Southern premises.
8. Unwelcome physical contact with another person, or purposely detaining or restricting another person's movement.
9. Exhibiting inappropriate outward personal affection of a sexual nature toward another employee, volunteer, member or outside person.
10. Telling jokes or stories that are based on race, color, national origin, ancestry, religion, sex, age, disability, political belief, military service, or any other protected class.
11. Posting sexually explicit or otherwise offensive material on bulletin boards or walls.
12. Violation of the non-discrimination commitment and the "Sexual and Other Harassment" Policy.
13. Wearing inappropriate clothing that is sexually provocative or distracting to others so as to interfere with their ability to function.
14. Tampering with another person's time record, work papers, or personal belongings and/or in any way falsifying personnel records (including time cards, job application or other work records).
15. Falsifying patient records.
16. Removing or discarding records, material, or other property from the premises without permission.
17. Any other type of theft or inappropriate removal or possession of property.
18. Having intimate personal relations with other employees, members, volunteers or any outside person while on Southern premises, in its vehicles, or while engaged in its activities.
19. Fighting with or threatening others.
20. Defacing another person's personal affects.
21. Gambling on Southern property, in its vehicles or at its functions.
22. Possession of weapons on Southern property or in its vehicles (except for approved work knives, or other exception as outlined in the "Firearms, Weapons and Explosives" Policy).
23. Abuse, unprofessional behavior, insubordination, or disrespect to patients, family members, or other employees, supervisors, officers, volunteers, or members.
24. Accepting tips or gratuities (gifts or money) from patients, family members of patients, or vendors.
25. Solicitation or distribution in violation of the no solicitation and distribution rules.
26. Unauthorized or careless use or, malicious destruction or damage of property, tools or vehicles.
27. Unlawful or unauthorized release of confidential patient or proprietary information.

SPS Defendant 000269

28.    Unlawful or unauthorized manufacture, distribution, dispensation, possession, sale, transfer or use, of any controlled substance or alcohol on Southern property or while performing Southern duties.

29.    Reporting to work or working under the influence of alcohol, illegal drugs or a legal drug that adversely affects safety or job performance.

30.    Poor or unsatisfactory work performance or conduct.

31.    Disorderly conduct or boisterous or disruptive activity such as but not limited to horseplay in the workplace.

32.    Violation of established safety rules (including smoking rules).

33.    Unreported or excessive absenteeism or tardiness.

34.    Gossip about fellow employees or management.

35.    Failure to report a workplace accident or damage to Southern property.

36.    Refusal to accept a job assignment.

37.    Creating unsafe or unsanitary conditions.

38.    Extending breaks or lunch periods beyond time limits.

39.    Use of computer equipment for personal use without permission.

40.    Any other unauthorized use of telephones, mail system, or other Southern-owned equipment.

41.    Violation of personnel policies.

d.    Personnel should exercise care to ensure that intellectual property rights, including patents, trademarks, copyrights, and software are carefully maintained and managed to preserve and protect its value.

e.    Salary, benefits, and other personal information relating to personnel shall be treated as confidential.  Personnel Files, payroll information, disciplinary matters, and similar information shall be maintained in a manner designed to ensure confidentiality in accordance with applicable laws. Personnel will exercise due care to prevent the release or sharing of information beyond those persons who may need such information to fulfill their job/position.

**VII.    Monitoring Compliance.**

a.    Southern shall monitor itself and all of its personnel to ensure compliance with the applicable state and federal statutes and regulations, including filing reports of improper conduct, where applicable.

## Illness in the Workplace

**Purpose:** To comply with state and federal laws regarding absences and ability to work involving illness of a staff member.

SPS Defendant 000270

**Policy:** Southern will permit personnel with certain illness and/or disease to continue to work, so long as their condition does not affect patient care and they can continue to perform the essential functions of the job, with or without reasonable accommodation.

**Procedure:**

**I.     Standards.**

   a.     Personnel with life-threatening illnesses, such as cancer, heart disease, and AIDS, often wish to continue their normal pursuits, including work, to the extent allowed by their condition.

   b.     Southern supports these endeavors as long as personnel are able to meet acceptable performance standards, and not affect patient care or jeopardize the well-being of fellow personnel.

   c.     As in the case with any disabilities, Southern will make reasonable accommodations in accordance with all legal requirements, to allow qualified personnel with life-threatening illnesses to continue to perform their jobs.

   d.     Southern will take reasonable precautions to protect confidential medical information received by personnel concerning their health condition from inappropriate disclosure and/or access.  Managers and supervisors have a responsibility to respect and maintain the confidentiality of employee medical information.  But it may also be necessary to have the ability to review the information to the extent reasonable accommodations may be made to properly deal with returning to work issues, or to determine if continued service is possible.

**II.    Inapplicability.**

   a.     This Policy is not intended to apply to personnel with temporary or minor contagious or communicable diseases (e.g. flu, cold). Persons with such types of infections disease that could easily spread to other personnel or patients should refrain from working until their condition improves.

   b.     This Policy is also not intended to cover any illness that is contagious to the extent that patient care or the well-being of other personnel may be jeopardized.

## Inclement Weather

**Purpose:** To ensure adequate emergency response 24 hours a day, 7 days a week, 365 days a year, regardless of weather conditions.

**Policy:** Southern requires all personnel to report for their scheduled shift no matter what the weather conditions.

SPS Defendant 000271

**Procedure:**

I.    **Standards.**

    a.    As a public safety service organization, Southern is committed to providing continuous and quality service to our community at all times.

    b.    Unfortunately, weather conditions (snow or ice) or natural disasters (earthquake or hurricane) can make the commute to work difficult and time consuming.

    c.    Unless otherwise notified, all personnel are expected to report to work regardless of the weather conditions, and Southern will attempt to operate under our normal work schedules in all weather conditions.

    d.    During inclement weather, personnel should plan ahead and allow sufficient time for a safe trip to work.

    e.    Standard call-off procedures and use of Vacation Time will apply in situations where weather affects the ability to get to work. In times of serious weather conditions, at the discretion of management, these requirements may be relaxed, and on-duty employees may be required to remain on duty until replacements can safely arrive at work.

## Issuance and Use of Company Equipment

**Purpose:** To provide a safe and effective work environment with equipment that remains in good working condition.

**Policy:** Southern will not tolerate misuse or misappropriation of Company equipment, as respect for Company equipment is expected at all times.

**Procedure:**

I.    **Southern Property.**

    a.    Any Southern property issued to personnel, such as keys, pagers, radios, gas cards, or uniforms, must be returned prior to receipt of any final paycheck.

    b.    Personnel may be responsible for paying for any lost or damaged items, as well as for any unreturned items at the time of separation from service.  "Damaged items" are items damaged beyond what would be expected with normal "wear and tear."

    c.    No item purchased or supplied by Southern should be removed from the premises without express written authorization of a supervisor. Further:

SPS Defendant 000272

    1.      All personnel may be subject to random searches as they leave Southern premises, in accordance with the "Workplace Search" Policy.

    2.      Personnel found possessing any Southern property without express written authorization may be subject to discipline, up to and including termination.

d.      It is the responsibility of all personnel to understand the equipment needed to perform his or her duties.  All personnel must remember that:

    1.      Good care of any equipment used during the course of employment/membership, as well as the conservative use of supplies, will benefit Southern.

    2.      If equipment is not working properly or in any way appears unsafe, or damaged, personnel are to notify a supervisor immediately so that repairs or adjustments may be made.

    3.      Any knowledge of misuse or damage to Southern property shall be promptly reported to a supervisor.

e.      Personnel of Southern work with delicate and expensive equipment. Care must be taken in handling and using such equipment. Personnel will be held responsible for equipment caused by carelessness, misuse, or neglect, and will be responsible for reimbursement for replacement or repair costs, and could be subject to discipline.

**II.    Controlled Substances and Pharmaceuticals.**

a.      Southern has in its control, and has general access to controlled substances, narcotics, and various other drugs that are carried in the ambulances and administered under appropriate circumstances, by approved and certified personnel.

b.      Under no circumstances shall personnel take from Southern, misappropriate, or otherwise distribute, steal, sell, or inappropriately administer (to self or others) these controlled substances.

c.      Persons found in violation of this provision will be subject to immediate discipline, up to and including termination. Additional penalties may include discipline by the state regulatory agency including loss of licensure certification and money penalties.

**III.    Southern Equipment.**

SPS Defendant 000273

a.    Personnel must treat all equipment including vehicles, tools, devices, and other items in ambulances and in the station with respect and care.

b.    Equipment shall only be used for its intended purpose.

c.    "Clowning around" or horseplay with equipment will not be tolerated, as much of the equipment is both expensive and/or dangerous.

d.    Misuse and wasting of equipment and supplies will not be tolerated.

e.    Personnel shall ensure that ambulances are stocked, that equipment is in working order, and that supplies are checked at the beginning of each shift and are replaced at the conclusion of each call.

## Non-Fraternization

**Purpose:** To maintain a professional work environment dedicated to providing the highest level of patient care possible with minimal interference from personal relationships.

**Policy:** Personal relationships among co-workers must not enter the organization in any manner that interferes with work or creates potential conflicts among our staff.

**Procedure:**

**I.    Standards.**

a.    Personal relationships between employees outside of work can often have an adverse effect on the working relationship. Uncomfortable strain, allegations of sexual harassment, and other workplace distractions are all negative side effects of a personal relationship that may occur among employees outside of the workplace.

b.    Southern recognizes that it cannot specifically dictate how its employees may act outside of the workplace. Southern discourages personal romantic relationships among employees to the extent that such activity has an affect on the workplace.

c.    In the interest of maintaining a professional atmosphere in the workplace, Southern discourages romantic relations among personnel. However, in the event that a romantic relationship exists, the following activities are prohibited:

    1.    Dating activities on Company time or Company property.

    2.    Use of Company property to arrange dating activities.

SPS Defendant 000274

3.      Failure to report to management personal relationships involving personnel at different levels of the organizational structure.

d.      To the extent that a dating relationship or romance occurs among two employees, and the relationship interferes with the ability to perform job duties, or leads to a breach of our professional standards or inappropriate behavior, one or both of the employees involved in the romance may be subject to discipline, or change in scope of job duties.

# On Call

**Purpose:** In order to maintain adequate staffing 24 hours a day, seven days a week, 365 days a year, Southern may need to keep personnel available to report to work on an immediate basis.

**Policy:** To keep certain personnel on call to ensure staff availability, staff members may be scheduled to be "on call" to support existing on-duty staff and must follow specific rules while on call.

**Procedure:**

I.      **Expectations of On Call Personnel.**

a.      "On call" means that when notified by pager or other means, personnel must respond to the station or other assigned destination. Personnel, depending upon the schedule, may be assigned to cover a full shift "on call," and must respond to the station when paged during that time period.

b.      The on call schedule will be posted in accordance with the Scheduling Policy, and desired changes to the on call schedule shall be made in accordance with the Scheduling Policy.

c.      While on call, personnel are permitted to move about the community to conduct personal business but must remain in a position to respond to the station or assigned destination.

d.      Consumption of alcohol while on call is prohibited.

e.      A staff member is not required to remain at the station or at his or her residence while on call, but if an employee elects to stay at the station while on call, a decision which is totally voluntary, the on call time spent at the station will not be considered hours worked.

II.     **Rules of Conduct While On Call.**

SPS Defendant 000275

a.      Personnel shall:

       1.      Keep their communications available at all times during the on call shift.

       2.      Respond in appropriate uniform.

       3.      Obey all traffic laws when responding.

       4.      Contact a supervisor if the above guidelines cannot be followed, or if communications are not working properly.

       5.      Accurately document both on call hours as well actual hours worked (responding to a call) while on call.

b.      Personnel shall not:

       1.      Consume alcoholic beverages while on call.

       2.      Engage in activities that would create problems with being called for duty   (for example, going into a movie theater that is known to have spotty pager coverage).

## Patient Relations

**Purpose:** To maintain a positive image and maintain good standing with our patients and the community that we serve.

**Policy:** All personnel shall be good ambassadors for the goodwill of Southern and treat others with respect and dignity at all times.

**Procedure:**

**I.     Standards.**

a.      Personnel must act competently and deal with patients and their families in a professional, courteous, and respectful manner. The way we perform our individual jobs presents an image reflective of our entire organization.

b.      Personnel shall communicate pleasantly and respectfully with other personnel, patients, family members, vendors, health care associates and business partners at all times. Positive relations not only enhance the public's perception or image of Southern, but also pay off in loyalty and future service requests.

SPS Defendant 000276

    c.      Personnel are expected to follow-up on orders and questions promptly, provide professional replies to inquiries and requests, and perform all duties in an orderly manner. Serving the best interests and needs of all patients is our ultimate goal.

    d.      Personnel should take great pride in the work they do, and to perform at the best level possible. Individual behavior and professionalism, as well as that presented by Southern, is important for all persons with whom we deal.

## II.    Patient Care.

    a.      Personnel must treat all patients equally and without respect to race, color, national origin, ancestry, religion, sex, age, disability, political belief, military service, or any other protected class.

    b.      Personnel must provide patients, family members, and others with the highest degree of care they are certified to provide and as appropriate to the situation. At no time shall any personnel be expected to perform a service that he or she is not qualified to perform.

    c.      Personnel shall follow all relevant patient care procedures.  Following these standards helps to assure that the highest level of patient care is provided.

## III.    Patient Requests and Complaints.

    a.      Patient requests and complaints shall be handled in a professional and courteous manner. Nothing is more important than being courteous, friendly, helpful, and prompt in the attention given to patients, since that is the way in which Southern will be judged.

    b.      Patient requests for information should be handled in accordance with HIPAA release of information policies.

    c.      Patient requests (or refusals) during care and/or transport shall be made in accordance with relevant patient care policies and applicable protocols.

    d.      In all cases, HIPAA considerations must be evaluated. When possible, a supervisor or manager should be contacted, who should field the request or complaint. To the extent that a supervisor is not available, the staff member should record the information from the caller, and make sure that the appropriate personnel is notified (e.g. HIPAA Privacy Officer, supervisor on duty, HR personnel, etc.).

    e.      Efforts should be made to make management aware of such a complaint as soon as possible, so that quick resolution may be made. Additional information on handling patient complaints can also be found as part of the "Conflict Resolution and Problem Solving" Policy.

SPS Defendant 000277

**IV.     Patient Bill of Rights.**

a.    In dealing with patients and in rendering care, all personnel are expected to respect the patient's rights, and to provide medical care and transportation at all times in accordance with certain rights. Failure to do so is a basis for discipline, up to and including dismissal.

b.    Patients have the following rights:

1.    To receive respectful care given by competent personnel.

2.    To receive every consideration of his or her privacy concerning medical care.  Case discussion, examination and treatment are considered confidential and should be conducted as discretely as possible.

3.    To have all records pertaining to medical care treated as confidential, except as otherwise provided by law.

4.    To receive quality care and high professional standards that are continually maintained and reviewed.

5.    To expect emergency procedures be implemented without delay.

6.    To refuse drugs, treatment or procedures offered to the extent permitted by law, and to be informed of the medical consequences of the refusal of any drugs, treatment, or procedure.

7.    To receive medically appropriate services without discrimination based upon race, color, national origin, ancestry, religion, sex, age, disability, political belief, military service, or any other protected class.

8.    To receive appropriate pre-transport assessment, evaluation and treatment; careful handling, preparation, and monitoring of conditions, including thoughtful regard for those individuals associated with the patient; attention to all medical needs during transport; and a comfortable, safe ride to the acute care facility of their choice and/or the most medically appropriate facility.

9.    To be served with state of the art, strictly maintained, and properly functioning emergency medical equipment, including the ambulance, litters, and portable equipment.

10.    To receive professional, cheerful and attentive service throughout the course of the transport.

SPS Defendant 000278

## Privacy and Security of Patient Information

**Purpose:** To remain in compliance with all state and federal laws designed to protect the privacy, confidentiality, and security of patient information.

**Policy:** All personnel shall maintain the confidentiality of patient and other confidential information in accordance with applicable legal and ethical standards and all Southern Patient Privacy Policies.

**Procedure:**

I.    **Background.**

     a.    Southern and its personnel are in possession of, and have access to, a broad variety of confidential, sensitive, and proprietary information. Inappropriate release of this information could be injurious to individuals, business associates, and Southern itself. All personnel have an obligation to actively protect and safeguard confidential, sensitive, and proprietary information in a manner designed to prevent the unauthorized disclosure of such information.

          1.    All personnel have an obligation to conduct themselves in accordance with the Health Insurance Portability and Accountability Act (HIPAA), and Southern Policies that have been enacted to address patient confidentiality. Personnel are advised to consult appropriate HIPAA Policies or the Privacy Officer for additional information.

          2.    There shall be periodic training on patient privacy issues and all personnel are expected to become familiar with all patient privacy policies in addition to those contained in the Handbook.

II.   **Privacy.**

     a.    Information pertaining to a patient's medical situation may generally only be shared with other health care professionals involved with the treatment of the patient. Information may also be shared for other limited purposes, such as payment activities and health care operations, or other purposes specifically permitted by law, in accordance with Southern policies regarding the privacy of patient information.

III.  **Security.**

     a.    Much of the patient information that we collect is maintained on computers, and stored and transmitted electronically. In order to preserve the integrity of that data, and protect the confidentiality and

SPS Defendant 000279

security of this patient information, personnel must follow all applicable computer use and data security policies.

**IV.     Privacy/Security Officer.**

    a.    Southern has appointed a Privacy/Security Officer who is responsible for overall Privacy and Security Policies.  If you have any questions about the use or release of any patient information, you should contact the Privacy/Security Officer.

# Release of Information to Media

**Purpose:** To prevent the inappropriate release of confidential patient information and other confidential Company information to the media, and to ensure a consistent approach to media relations.

**Policy:** As a general rule, only designated personnel may contact and/or speak with the media or release information to members of the media. All personnel shall refer any media requests for information to the designated person within the organization to handle media requests.

**Procedure:**

**I.     Standards.**

    a.    Personnel may from time to time, receive media inquiries from various news/media agencies, including:

        1.    Newspapers and television stations, for reporting a rescue, accident response, fatality, or reporting on EMS activity, or general coverage" of EMS.

        2.    Magazines or periodicals, interviewing personnel related to incidents or general EMS issues of interest to the public.

    b.    When contacted by the media you must notify management with general information about the nature of the request and contact information for the reporter/writer.  When contacted by the media you should refer the request to management.

    c.    All communication with the media must be approved by management. When approved, personnel may discuss general topics of interest and ambulance and EMS related issues with the media. In talking with the media about non-patient or organization specific issues, all personnel should follow the following guidelines:

SPS Defendant 000280

1.      Refrain from giving an "off the record" comment.  Never consider any comment as "off the record."

2.      The following types of information should NEVER be released:

    A.      Patient-specific information, including names, addresses, assessment of injuries, treatment provided, and history/diagnosis. As a covered entity, we are bound by HIPAA to preserve patient confidentiality. Release of patient-specific information to the media is not permitted.

    B.      Information that may be prejudicial to law enforcement investigations (e.g. "I think the driver that caused the accident was drinking alcohol").

    C.      Information that is not known for certain such as subjective or your "opinion" (e.g. "The car must have been speeding at the time of the accident").

    D.      Information that may be an invasion of privacy, such as suicide information, AIDS status, overdose, psychiatric transport, cause of death.

4.      Personnel are encouraged to respond to requests for media interviews to discuss your job, your role as an EMT, and your experiences at Southern. As long as patient information is not discussed, the name of Southern is not placed in a negative light, and confidential business information is not released, such interviews will generally be approved and permitted.

5.      In any situation where an interview becomes uncomfortable, you are free to stop it at any time. You are not required to talk to members of the media.  You are also free to completely refrain from speaking to the media about any topic at all.

c.      We must balance providing the public with information about the services we provide against the individual rights of the patient to keep their medical information confidential.  We fully respect the right of the public to know about our activities as we are a public agency subject to public scrutiny.  But we can provide information to the public only to the extent that the law allows us.

d.      Personnel must refer all media inquiries to management.  Doing so helps assure that appropriate information is released and our public image is maintained.

## II.     Specific Standards for Dealing with Media Requests for Patient Information.

SPS Defendant 000281

a.   General information about a response may be released, provided that patient identifying information is not offered and approved by management. For example, acceptable releases include:

1.   Name of hospital.  You may provide the name of the hospital to which patients have been transported.  (Acceptable Example: The media calls about "the accident at Third and Main earlier this afternoon." You may inform the media "a patient was transported from the accident scene to County General Hospital.").  THE NAME OF THE PATIENT SHOULD NOT BE RELEASED TO THE MEDIA.   It is not appropriate for us to confirm or deny the identity of a patient.  Requests for patient identity should be directed to a law enforcement agency or to the hospital.   Law enforcement agencies are not subject to the strict requirements of protecting patient information as we are under HIPAA.

2.   Number of patients.  You may provide the total number of patients involved in an accident or transported to a facility.  You may not indicate specifics about the vehicle a patient was driving or which patient went to a particular facility. (Acceptable Example:  You may inform the media that "four patients were transported from the fire at the XYZ Chemical Factory. Two were taken to County General Hospital and two were taken to the Regional Medical Center.")

3.   Age & Gender.  You may provide the age of a patient and the gender of the patient, unless it could reasonably be used to identify the patient. (Acceptable Example:  You may inform the media "a 39 y/o male was transported from the accident on the Interstate."  You would not want to disclose to the media "a 39 y/o male was transported from 124 Main St." since this information can be used to determine the identity of the patient.)

4.   Designation of crew members.  The designation of crew members as paramedics or EMTs is not protected health information.  You may state, for example, that one paramedic and two EMTs were involved in caring for the patients involved in a motor vehicle accident.  (You could identify the names of the personnel who responded, but some services prefer not to release this information). You are not permitted to describe the specific type of care rendered to patients at the scene or on the way to the hospital.  Nor may you speculate on what injuries a patient may or may not have sustained.  (Acceptable Example: "Personnel on the scene of the incident included two paramedics and a supervisor and advanced life support was administered.")

SPS Defendant 000282

5. <u>Type of Transport</u>.  You may indicate that a particular call was an emergency and that transportation was facilitated by ambulance or helicopter.  Do not speculate on the patient's condition even if you are sure of that condition.  (<u>Acceptable Example</u>:  "Of the 3 patients on the scene of the incident, one was transported by helicopter to the ABC Trauma Center and two were transported as non-emergency patients to the local hospital emergency department.")

6. <u>Non-PHI.</u>  Information that is not classified as PHI may be released to the media consistent with Policy and state law.  For instance, information about a fire response or a standby that did not involve patient care may be released to the media, as may general information about an event.  (<u>Acceptable Example</u>: "We treated 45 patients during the two-day festival, and 6 were transported to local hospitals for various heat-related complaints").

7. <u>Disclosures Authorized by the Patient.</u>  In the event that the patient or the patient's legally responsible decision maker signs a HIPAA authorization form, disclosures of information, including PHI, may be made so long as they are done in accordance with the express terms of the written authorization. Authorization forms for this purpose must be HIPAA-compliant and must be approved by the Privacy Officer.

b. If at any time you are unclear about whether information may be disclosed to the media, always err on the side of caution and do not disclose.

## Scheduling

**Purpose:** To ensure adequate emergency response and ambulance service 24 hours a day, 7 days a week, 365 days a year with the necessary complement of professional personnel.

**Policy:** Southern requires you to arrive on time for your scheduled shift, or to provide for appropriate coverage when you may be unavailable to serve the assigned shift.

**Procedure:**

I. **Standards.**

a. Southern reserves the right to schedule personnel at any time, or change the schedule in accordance with operational needs and demands.

47

b.     Southern will develop a staffing schedule.  Work schedules may be changed from time to time at the discretion of Southern to meet operational demands, schedule changes, and personal conflicts that may arise among assigned staff. Attempts will be made to notify all personnel of any changes made to a posted schedule. To the greatest extent possible, Southern will attempt to maintain a flexible and fair schedule, and accommodate requests of personnel.

c.     It is your responsibility to arrive for and complete in full your scheduled shift, unless:

    1.     A pre-approved request for time off has occurred:

         A.     All requests for time off shall be made as soon as reasonably possible, preferably prior to the development of the schedule.

         B.     When a conflict in the schedule is noticed, and a scheduled person requires time off, the supervisor must be contacted immediately in order to coordinate adequate coverage.

    2.     The scheduled personnel has arranged for coverage with another person subject to the following:

         A.     When arranging coverage with another person, equal "swapping" or trading shall occur. Personnel shall not expect another person to cover part or an entire shift without covering an equal amount of time for that other person.

         B.     Shift trades in coverage must be made between persons who are equally qualified to work the shift.  For example, a Paramedic cannot trade with an EMT, since the EMT would not be qualified to meet the requirements of the Paramedic.

         C.     Management must be advised of any and all trades as promptly as possible.  Management reserves the right to refuse to permit a swap to the extent that it will pose scheduling or other personnel conflicts.

d.     From time to time, it may be necessary for personnel to be absent during a scheduled shift.  Southern is aware that emergencies, illnesses or pressing business that cannot be rescheduled in advance of a scheduled shift may arise. If you are unable to report for a shift or you must arrive late, and you are unable to obtain coverage, you must contact your supervisor immediately (with at least four (4) hours notice).  For additional employee related information on absenteeism, please consult the "Absenteeism and Tardiness" Policy.

SPS Defendant 000284

    e.      Because all personnel must be alert and able to perform their job at all times, in order to provide the best possible care to patients, all personnel are expected to report to their scheduled shift well rested, and ready to perform their duties.  Personnel that are not well rested, or are physically unable to perform their duties as a result of exhaustion may be sent home, and may be subject to discipline.  For additional information concerning the obligation to report to duty well rested, please see the "Reporting to Work Well Rested" Policy.

    f.      From time to time, personnel may be required to arrive for a shift early, or remain late after a shift for coverage purposes.  It is requested that you remain at your post until your replacement crew has arrived and is prepared for duty. In all situations, the replacement crew is intended to mean personnel with equivalent credentials (e.g. Paramedic for Paramedic, dispatcher for dispatcher, and driver for driver). This is done to make sure that there is available coverage for calls that may come in at all times.  For employees, such additional time worked may qualify for overtime compensation. For additional information on overtime, please consult the "Overtime" Policy.

    g.      In order to create a fair work schedule, personnel will be assigned weekend coverage on a rotating basis, unless persons specifically volunteer for weekend time (e.g. part time, who may generally request these shifts based upon their other jobs).   Trading shifts is permitted as discussed above, to the extent that it does not pose problems or cause unnecessary overtime.

    h.      Part time staff with other jobs will be placed on the schedule in accordance with their other job requirements.  All personnel with other jobs must provide a work schedule to their supervisor so that your work schedule at Southern can accommodate your other work schedule.

    i.      Because of the 24-hour nature of this business, you may be scheduled to work at any time of the day, and may vary from week to week.  You are asked to cooperate with your assigned schedule.  Unauthorized leave from a scheduled shift or failure to follow your scheduled work hours will result in appropriate discipline.

## Sexual and Other Harassment

**Purpose:** To maintain a work environment that is free of discrimination and harassment in accordance with applicable law.

**Policy:** Southern will have "zero tolerance" when it comes to any behavior that rises to the level of unlawful discrimination or unlawful harassment.

SPS Defendant 000285

**Procedure:**

I.     **Harassment Prohibited.**

   a.     General Prohibition on Discrimination and Harassment.

      1.     All personnel shall respect the rights, opinions, and beliefs of others.  Harassment of, or discrimination against, any person by anyone (regardless of their position) because of a person's race, color, national origin, ancestry, religion, sex, age, disability, political belief, military service, or any other protected class, is strictly prohibited, whether directed at an employee, a volunteer, or at a member of the community.

      2.     Harassment outlined in this Policy is prohibited whether or not it also violates federal and/or state law.

   b.     Sexual Harassment.

      1.     Sexual harassment may include *any* unwelcome sexual advance, requests for sexual favors, and other verbal or physical conduct of a sexual nature.  These requests, advances, or sexual conduct constitute unlawful *sexual harassment* when:

         A.     Tolerating the conduct is a condition of employment or condition of participation in Southern activities. For example:

                  The submission to the improper conduct is made a term or condition of employment or participation in Company activities (Example: Employee is told by a supervisor that she should date him in order to get a good performance review).

         B.     The conduct has adverse consequences on the individual. For example:

                  The submission to or rejection of the harassing conduct is used as a basis for employment or membership decisions affecting the individual (Example:  Employee refuses sexual advances or legitimately complains of improper conduct and is assigned a work schedule that is designed to be intolerable).

SPS Defendant 000286

C.     The conduct offensively interferes with the individual's performance or ability to function in their position.  For example:

> The conduct has the purpose or effect of unreasonably interfering with performance by creating an intimidating, hostile, or offensive environment (Example:  Female member feels sick when she comes to the station because whenever she is there, a male staff member (or members) frequently makes comments about her body parts or physical attributes).

2.     Sexual harassment is prohibited. That is:

A.     No one may threaten or imply that submission to or rejection of sexual advances will in any way influence any decision about employment or membership, duties, assignment, or other terms or conditions of employment or membership.

B.     No one may take any personnel action based on a staff member's submission to or rejection of sexual advances.

C.     No one may subject another person to any unwelcome conduct of a sexual nature.  Some examples of unwelcome conduct of a sexual nature include:

- Unwelcome physical conduct, such as touching, restraining, blocking, staring, making sexual gestures, exposing private body areas to others, and making or displaying sexual drawings, photographs, videotapes, DVDs or other pornographic materials.

- Unwelcome verbal conduct, such as sexual propositions, sexual slurs and insults, comments about private body areas (such as breasts and genitals), jokes with sexually-oriented content and other sexual comments.

- Intentional receipt or transmission of pornographic or sexually explicit jokes, photographs, cartoons, or other material via computer equipment from or through the Internet or via electronic mail.

SPS Defendant 000287

- No one may engage in consensual or non-consensual conduct of a sexual nature in Southern vehicles or on any Southern property.

- No one may engage in non-sexual touching that could be perceived or otherwise lead to more intimate sexual conduct, including giving backrubs and other treatment that involves touching.

c.   Other Harassment.

    1.   No one may harass anyone because of that person's race, color, national origin, ancestry, religion, sex, age, disability, political belief, military service, or any other protected class. Examples of conduct prohibited by this Policy include using racial and ethnic slurs or offensive stereotypes and making jokes about these characteristics.

    2.   Physical harassment is prohibited, including but not limited to:

        A.   Kissing, patting, touching, bumping, or other unwanted contact.

        B.   Unsolicited shoulder/body massages.

        A.   Touching or adjusting the clothing of another without permission.

        B.   Blocking passageway or cornering a person so they cannot move even if it is just for a brief moment.

        C.   Involuntary seclusion, such as barring the staff member from contact with other crew members while at the station.

        D.   Physical Assault/Rape.

    3.   Verbal harassment is also prohibited, including, but not limited to:

        A.   Obscene noises (grunting, panting, whistling, barking, etc.).

        B.   Offensive sexual, racial, or religious comments.

        C.   Offensive reference to or naming of body parts with nicknames.

SPS Defendant 000288

D.      Sexual rumors, innuendos, or inquiring about a person's sexual activity.

E.      Any visual harassment that may accompany (or stand alone) from verbal harassment, including staring at body parts, use of crude notes or gestures, or sexually implicit pictures.

F.      Pestering for a date or personal information/failing to take "no" for an answer.

## II.   Making Complaints and Reporting Violations.

a.      Personnel who believe they are a victim of harassment are requested and encouraged to make a complaint to any manager or supervisor to whom they may feel comfortable making the complaint.  All personnel are encouraged to report any incident or conduct that is perceived as being in violation of this Policy.  Reporting may be verbal or written.

b.      You are not required to first complain to the person who engaged in that conduct, although telling the person engaged in the conduct that their behavior is not welcome or asking them to stop the behavior is a good idea.

c.      Personnel who observe harassment of another staff member are requested and encouraged to report this observation.  No reprisal, retaliation, or other adverse action will be taken against any member or employee for making, in good faith, a complaint or report of harassment, or for assisting in good faith in the investigation of any such complaint or report.  Any suspected retaliation or intimidation should be reported immediately to any supervisor or manager.

d.      Southern will promptly, thoroughly, and impartially investigate any complaint or report of a violation of this Policy.  Additionally:

1.       Southern will protect the confidentiality of information involving individuals involved in harassment allegations to the greatest extent possible. Such information may be shared with those who have a need to know, such as key management personnel and other essential persons involved in the investigation.

2.      Investigations will include interviews of persons believed to be involved, or with potential knowledge of the event, and shall include a full report on each investigation, retaining the confidentiality of all such persons involved where possible.

## III.   Penalties for Violations.

SPS Defendant 000289

a.   Southern will take prompt remedial and possibly disciplinary action if the investigation shows a violation of this Policy. Disciplinary action for career personnel may include verbal or written warning, suspension, or termination from employment. Disciplinary action for volunteer members will be made at the discretion of Southern, in accordance with the bylaws and may include verbal or written warning, suspension, or expulsion from membership.

b.   A complaint or report that this Policy has been violated is a serious matter. Dishonest complaints or reports not made in good faith are also against this Policy, and appropriate disciplinary action will be taken if the investigation shows that deliberately dishonest and bad faith accusations have been made against another staff member.


**IV.   No Reprisals.**

a.   Persons who report a suspected instance of unlawful harassment or discrimination shall not be subject to reprisals, retaliation, retribution or other negative treatment.

b.   Any person who retaliates against a good faith reporter will be subject to discipline.


# Smoking and Tobacco Use

**Purpose:** To maintain a healthy, clean, and safe environment for all personnel, patients, and visitors.

**Policy:** The use of tobacco containing products is prohibited in all Southern buildings, and vehicles.

**Procedure:**

**I.   Standards.**

a.   Personnel are prohibited from using tobacco products in all vehicles (both passenger compartment and driver compartment) and buildings of Southern. For purposes of this Policy, "tobacco products" includes but is not necessarily limited to cigarettes, cigars, and smokeless tobacco products, such as chewing tobacco.

b.   Personnel are not permitted to use tobacco products while on the scene of an emergency response.

c.   Personnel are not permitted to use tobacco products in hospital areas.

SPS Defendant 000290

     d.      Personnel are permitted to use tobacco products outside of Southern buildings.

     e.      The above standards shall apply to visitors and patients as well as personnel.

**II.**    **Disposal of Tobacco Products.**

     a.      All cigarette butts will be placed in the designated receptacles in the smoking area.  Cigarette butts should not be discarded on the ground or in any trash bins.

     b.      Smokeless tobacco residue will be deposited in the appropriate receptacle or spittoon.  There shall be no spitting of tobacco juice on Company property, including in sinks or toilets.

## Telephone Procedures and Personal Telephone Use

**Purpose:** To maintain phone lines accessible for business purposes, avoid distractions, and maintain uninterrupted telephone service.

**Policy:**  The telephone system is for Company business.  Southern limits personal phone calls while on duty.

**Procedure:**

**I.**    **Personal calls.**

     a.      Phone lines are reserved for Southern business only.  Personal incoming and outgoing personal phone calls are discouraged, and should be used for emergency purposes only.

     b.      If personal calls must be made or received, conversations should be limited to five (5) minutes.

     c.      Long distance telephone calls are only permitted in times of family emergencies and should also be limited to no more than five (5) minutes.

     d.      Long distance phone calls for Company and business purposes are acceptable, but should be limited in scope to the greatest extent possible.

## Testifying in Court & Depositions

SPS Defendant 000291

**Purpose:** To uphold the requirements of the law, to support civic duty and protect employees from wage loss when called upon to appear in court for Company related business.

**Policy:** Volunteers and career personnel are expected to testify about work related matters, when properly subpoenaed to do so, in an honest and truthful manner. Career personnel testifying for work related matters when required shall receive compensation for time spent in providing such testimony.  Personnel engaged in court testimony for personal matters will not be paid, and may use personal or vacation time to handle such matters.

**Procedure:**

I.      **Standards.**

      a.      At times, personnel may be required to testify in court, for incidents that relate to Southern, or personal matters, unrelated to Southern. In accordance with the "Scheduling" Policy, appropriate provisions for coverage must be made when testimony conflicts with a scheduled assignment.

      b.      Career personnel who are subpoenaed and must appear for a hearing, deposition, or court appearance because of an action performed while in the course of duty or related to work will be paid a regular hourly rate for the actual time providing testimony.

      c.      Personnel who must attend a hearing, deposition or court appearance for reasons other than for testimony related to the performance of job duties with Southern, will have to request time off. In accordance with company scheduling policies, appropriate provisions for coverage must be made when testimony conflicts with a scheduled work assignment.

      d.      You must submit to your supervisor a copy of the subpoena or other related court document to indicate the nature of the court appearance and let him or her know the reason for the presence at the hearing or deposition.

      e.      You are required to notify your supervisor if you are the subject of personal action by an individual or agency that has any business or patient relationship, affiliation or contact with Southern.  This includes patients, customers, or operators of vehicles that may be involved in an accident with Southern vehicles, and the employees and staff of organization with whom we work.  We will make every effort to respect and maintain the confidentiality of such information.

II.      **Reimbursement.**

      a.      All time spent on Company related court business or testimony should be accurately recorded and submitted to your supervisor.

SPS Defendant 000292

# Uniform, Dress Code & Personal Appearance

**Purpose:** To maintain a professional appearance at all times within the community, projecting a positive image to the public.

**Policy:** Southern requires all personnel to meet appropriate dress code and uniform standards for the respective position of the staff member.

**Procedure:**

**I.     General standards of appearance.**

    a.     Pins, jewelry, hats, name/insignia or other identifying symbols which are not professionally related to authorized uniforms are prohibited from being worn.

    b.     Any tattoos should be covered wherever possible.

    c.     Hair (including facial hair) is to be neat and groomed at all times. If a member or employee has long hair then he or she must arrange it in such a way that it does not present a safety hazard or distract from duties.  Mustaches and beards must be clean, well trimmed, and neat, and must not interfere with the wearing of any safety or medical device, including personal protective equipment (PPE).

    d.     Perfume, cologne, aftershave, scented lotion, etc., should be used in moderation or avoided altogether.  Jewelry should not be excessive and should be limited to items that do not functionally restrict the employee or create a danger to personnel or others.  Facial jewelry, such as eyebrow rings, nose rings, lip rings and tongue studs, is not permitted to be worn during working hours or while on duty.

    e.     Personnel are expected to arrive to work in a clean, presentable manner with all appropriate uniform attire in place.

# Use of Alcohol While on Duty or On-Call

**Purpose:** As providers of emergency services, Southern is committed to safely serving the community without harm to our members or others.  We must be ready to respond at a moment's notice to a variety of situations and to confront numerous hazards.  To operate effectively and safely, we must insure that personnel are fully prepared to perform their duties without the influence of alcohol.

**Policy:** No personnel shall be under the influence of alcohol while on duty, when responding to a call, or when otherwise engaged in Company activities.

SPS Defendant 000293

**Procedure:**

I.   **Standards.**

    a.   You shall not respond to any call if you have ingested any alcoholic beverage eight (8) hours prior to your work shift, or if you are on call, eight (8) hours prior to being called out.

    b.   Personnel who appear to be under the influence of alcohol at a scene (based on the reasonable judgment of the officer in charge) will be immediately dismissed from the scene may be required to undergo alcohol testing and may face disciplinary action, up to and including termination.

    c.   Any personnel who drive either a Southern vehicle or a personal vehicle to the scene while under the influence of alcohol may face criminal prosecution for driving under the influence and may be reported to the appropriate authorities, including EMS licensing agencies and local law enforcement agencies.

    d.   On-call staff members who have consumed alcoholic beverages and fail to respond to a call will be subject to appropriate discipline.

II.   **Violations.**

    a.   If a manager or supervisor reasonably believes a staff member is under the influence of alcohol, the supervisor may remove the staff member to a medical facility for alcohol testing.

    b.   Any staff member who refuses to be tested is subject to immediate suspension and may face termination.

## Visitors

**Purpose:** To prevent possible harm, maintain patient confidentiality, and prevent distraction of personnel while on duty that may occur with personal visits.

**Policy:**  Visitors in the workplace shall be restricted to specified areas and may be limited in the time of their visit.

**Procedure:**

I.   **Standards.**

SPS Defendant 000294

a.   While visitors are not prohibited within the station, we ask that visits from visitors (i.e., non-members and non-employees) be limited to ten (10) minutes or less.

b.   When a visitor comes to the building, the visitor must be met in the lobby, other public area near the entrance to the station, or (when possible) outside.  This is to prevent unnecessary visitor access to areas of the station that may house patient information and to prevent possible injury.  A staff member must remain with the visitor at all times during the visit.

c.   Visitors are not permitted in areas where patient information is stored or may easily be viewed or in other areas that could negatively impact operations.

d.   Visitors/Students are limited to the hours of 0800-2200 and they are not allowed in sleep areas.

### Uniform(s)

a.   Southern will provide two (2) uniform shirts. Additional uniforms may be purchased through Southern's designated vendor.

b.   Only the standard Southern uniform shall be worn while on duty.

c.   Uniforms must remain clean, unwrinkled, neat, and in good repair. Uniforms items that are faded, torn, or worn are not acceptable.

d.   Pager, radio, or Company-issued phone is considered a part of the uniform and must be worn appropriately.

e.   All personnel are responsible for the care and maintenance of their uniforms. If your uniform becomes soiled during a shift, it should be changed, if at all possible.

d.   Personnel should not wear their uniform when not on duty or enroute to duty, except that personnel who are on call may wear their uniform during on call time.

## Volunteer Opportunities

**Purpose:** To clearly define the parameters for which a person is considered a volunteer, to ensure all staff members are compensated properly.

**Policy:** Southern is not permitted to allow regular employees to perform "part time" volunteer services for Southern that are the same type of services for which they are employed.

SPS Defendant 000295

**Procedure:**

I.      **Standards.**

      a.     Employees are not permitted to volunteer to provide the same services for which they are paid.  In particular:

           1.     The performance of duties related to the paid position shall be strictly prohibited. Specifically:

                A.     Employees are not permitted to volunteer to perform work that is substantially the same type of service the employee performs as part of his or her paid job (e.g., the jobs of EMT and paramedic are generally considered jobs that provide "the same type of service").

                B.     This does not preclude a paid employee from serving in a volunteer officer post (e.g., President, Treasurer) within Southern, or in volunteering to perform unrelated duties, such as fundraising, public speaking, and other similar activities that support the organization and are typically performed by volunteers.

      b.     Southern shall not make volunteering a requirement of employment, except that volunteering that is unrelated to job duties may be permitted (e.g. fundraiser participation).

      c.     Even if an employee wishes to "volunteer" to work a shift on off days performing the same job they perform while on duty, then any work performed by an employee shall be paid, and hours worked shall be included in overtime calculations.  Employees may work only when required or permitted by management.

      d.     An employee may not "waive" his or her rights to compensation for time worked even if that employee has asked to count the time as unpaid "volunteer time."

      e.     Volunteering is separate and distinct from employment, and involves no expectation of payment for such effort.

      f.     Job descriptions of all paid employees will clearly explain that their job will be paid, and that volunteering to perform substantially the same duties without compensation is not permitted.

II.     **Volunteer/Membership Status.**

SPS Defendant 000296

a. Volunteers are not specifically governed by the terms of the "Progressive Discipline" Policy for employees, but are nonetheless still required to follow all policies and requirements of Southern, and may be subject to discipline according to the bylaws.

b. To the extent permitted by rules, bylaws, and other corporate documents, volunteers may be subject to appropriate discipline, including suspension and expulsion from service, to the extent necessary based upon the violation, including violations of these Policies.

## Workplace Safety & Safety Committee

**Purpose:** To maintain a safe working environment staff members participating in reporting and preventing injuries is essential.

**Policy:** Southern fosters a safe work environment, free from unsafe or dangerous activities, and has created a Safety Committee to coordinate safety training and provide input on safety related issues. Staff members are expected to promptly report unsafe conditions.

**Procedure:**

I. **Standards.**

a. Workplace safety is of utmost concern to Southern. Personnel and patients alike must be protected from unsafe conditions.

b. Personnel shall always act in a professional manner, especially during patient contact. Horseplay or inattention to work assignments or patient care will not be tolerated.

c. Our jobs require rapid response, but this response must be a safe response. Reckless driving to arrive at a scene is not permitted, as dangerous driving can pose a danger to personnel and other drivers.

II. **Reporting Unsafe Conditions.**

a. Personnel must immediately report any unsafe condition to a supervisor. This includes unsafe storage or use of equipment, instances of horseplay, or unsafe driving or other dangerous activities that may pose a danger to patients and others.

b. Personnel who violate safety standards, who cause hazardous or dangerous situations, or who fail to report (or, where appropriate, remedy) such situations, may be subject to disciplinary action, up to and including termination.

SPS Defendant 000297

c.     Where reports of unsafe situations are made in an honest manner, personnel should have no fear of possible reprisals in the event that a violation is found, or discipline against a violator occurs.

**III.     Safety Committee.**

a.     Southern has created a Safety Committee that is responsible for reviewing safety requirements, learning about safety updates (e.g. OSHA publications and warnings), reviewing safety-related incidents, providing recommendations for safety improvements, and assisting with the training of staff as to proper safety procedures.

b.     The Safety Committee will entertain feedback on safety related issues that need to be explored and focused upon, and will take further guidance from the materials outlined in the "Exposure Control Plan."

At the time of writing the safety committee is composed of all station managers.

## Workplace Searches

**Purpose:** To safeguard the property of all personnel, and prevent possession, use and sale of illegal drugs and other dangerous things in the workplace.

**Policy:**   Southern may conduct random searches of persons and their property while on, in or adjacent to Southern property in conformance with applicable laws.

**Procedure:**

**I.     Standards.**

a.     Southern reserves the right to question any person as well as inspect packages, handbags, backpacks, duffle bags, briefcases, lunchboxes, or other packages, possessions, articles of clothing, or items entering or exiting Southern property.

b.     All personnel are expected to comply with a search request.  The Company will initiate a search only when absolutely necessary.

c.     Southern also reserves the right to search the desk, office, locker, or other assigned space of any personnel, at any time, whether or not the personnel is present, since such areas remain the property of Southern.

d.     Searches are intended to discover weapons, drugs, contraband and/or improperly obtained Company property, and may be done randomly, at the discretion of management based upon a complaint or suspicion, or in conjunction with local law enforcement officials.

62

SPS Defendant 000298

**II.    Violations.**

    a.    Any visitor who refuses to consent to a search when requested will be denied access to the building.

    b.    Any employee who refuses to consent to a search, or who is found to possess an item that is prohibited by these policies or by law, will be subject to disciplinary action, up to and including termination.

    c.    Any volunteer who refuses to consent to a search, or who is found to possess an item that is prohibited by these policies or by law, will be subject to disciplinary action, up to and including expulsion from membership, in accordance with Southern bylaws.

# Workplace Violence

**Purpose:** To help prevent incidents of violence from occurring in the workplace, and to further ensure as safe workplace as possible.

**Policy:** Southern forbids acts or threats of violence by any staff member against any other person, customer, visitor, or patient in or about Southern vehicles and buildings, or on Southern premises at any time.

**Procedure:**

**I.    Background**

    a.    Southern expects all its personnel (career or volunteer) to conduct themselves in a professional and courteous manner at all times.  All staff should treat others in a manner that they would want to be treated.

    b.    Any behavior that a reasonable person would construe as indicating a potential for violence are strictly prohibited.  Examples of improper behavior include, but are not limited to:  shouting angrily at others, swearing at others, making threatening gestures towards others, throwing or tossing things, slamming down equipment with the intent to startle another person, pounding or punching a wall, purposely breaking things, etc.

**II.    Prevention of Workplace Violence.**

    a.    In keeping with the spirit and intent of this Policy, Southern shall strive to:

        1.    Provide as safe a work environment as possible.

SPS Defendant 000299

2. Take prompt remedial disciplinary action against any personnel who engage in any threatening behavior or acts of violence or who use any obscene, abusive, or threatening language or gestures.

3. Take appropriate action when dealing with customers, former employees, or visitors who engage in such behavior. Such action may include notifying the police or other law enforcement personnel.

4. Establish viable security measures to ensure that facilities are safe and secure to the maximum extent possible and to properly handle access to Company facilities by the public, off-duty employees, and former employees.

b. In keeping with the spirit and intent of this Policy, Personnel shall:

1. Notify management of any suspicious workplace activity or situations or incidents that they observe or that they are aware of that involve other employees, former employees, customers, or visitors and that appear problematic. This includes, for example:

A. Threats or acts of violence.

B. Aggressive behavior.

C. Offensive acts.

D. Offensive comments or remarks.

2. Not participate in any form of retaliation against other personnel for making a good faith report under this Policy.

SPS Defendant 000300

# Section III
# Employee Policies

## Absenteeism & Tardiness

**Purpose:** To ensure regular, timely attendance so adequate staffing is available at all times, in order to provide for the best possible service.

**Policy:** Employees must report to work on time, and may not be absent from work unless absolutely necessary, and/or with notification.

**Procedure:**

I.      **Absence.**

      a.      Employees are asked to call in (at least four (4) hours in advance, where possible) when they are going to be absent.

            1.      We understand that sometimes, absence will be a sudden event, and adequate notification is impossible. In these instances, as soon as you know that you will be absent, you should notify Southern immediately.

            2.      If you are absent due to an illness for three (3) or more consecutive work shifts, Southern may request written documentation from a doctor to verify that you were ill.  Similar written documentation may be required to verify you are medically cleared to return to work after a three (3) consecutive day absence.

      b.      When you will be absent for consecutive shifts, you must call in <u>each shift</u> to ensure proper scheduling. Southern will never presume consecutive days of absence for sickness, and always expects each employee to arrive for work on time, unless otherwise notified in accordance with this Policy.

      c.      Employees that do not call in to indicate that they will be absent for three (3) consecutive days will be considered to have voluntarily terminated employment.

II.     **Tardiness.**

      a.      Employees are asked to call in (at least four (4) hours in advance, where possible) when they are going to be late.

SPS Defendant 000301

     b.     We understand that sometimes, lateness will be a sudden event (traffic accident, child care issues, car troubles, etc.), and adequate notification is impossible.  In these instances, as soon as you know that you will be late, you should notify Southern immediately.

**III.   Documentation and Penalties.**

     a.     All absences and tardiness will be recorded in your personnel file along with any advance notice that was or was not provided. Attendance records will be considered when evaluating completion of the introductory period, requests for promotions and transfers, and as part of the annual review, in accordance with the "Performance Feedback and Goal Setting" Policy.

     b.     You may be subject to discipline for any unexcused absence or tardiness.

## Awards

**Purpose:** To encourage dedication, hard work, and quality patient care and public service by recognizing staff members who provide exemplary service to the organization.

**Policy:** Southern may offer awards to employees in various categories, where appropriate, as determined by management.

**Procedure:**

**I.   Standards.**

     a.     To foster dedication, quality work, and encourage good employee morale, Southern has adopted an award system.

     b.     Awards may be presented, in the following situations, as deemed appropriate by management:

          1.     An employee suggestion that improves upon operational standards that is implemented.

          2.     Perfect attendance.

          3.     Consistent service excellence.

          4.     Fellow personnel recognition.

**II.   Criteria for and Granting of Awards.**

     a.     To be eligible for awards, employees must demonstrate positive work ethic, attitude, and be compliant with Southern Policies.

SPS Defendant 000302

     b.     Awards may consist of, among other things, a plaque, nominal dollar amounts or gift certificates.

# Bereavement Leave

**Purpose:** To permit time away from work to grieve for the loss of a loved one.

**Policy:** Southern will offer paid bereavement time for the death of certain family members.

**Procedure:**

**I.**     **Standards.**

     a.     Employees who lose a family member may be granted leave to attend services and address other matters related to the passing of a loved one.

          1.     In the event of the death of a parent, child, spouse, brother, sister or grandparent employees may take up to three (3) days of unpaid bereavement leave.

          2.     In the event of the death of an in-law, niece, nephew or grandchild employees may take one (1) day of unpaid bereavement leave.

          3.     Employees are asked to provide Southern with notice of the death and the need for the bereavement leave as soon as possible, so that adequate coverage can be arranged.

     b.     When a request for bereavement leave is made, Southern will coordinate coverage for any shift that is missed.

     c.     Where additional time off may be required, unused Vacation Time may be used in conjunction with the "Bereavement Leave." The request for additional time must be coordinated through a supervisor at the time that the "Bereavement Leave" is first made.

# Emergency Leave Request

**Purpose:** To accommodate personnel who desire a leave of absence to assist with relief efforts related to local, state, and federal emergencies or disasters, when requested by appropriate officials and/or emergency management agencies.

**Policy:** Southern will accommodate personnel with legitimate urgent or emergent business that requires them to miss work for extended periods of time to the fullest

SPS Defendant 000303

extent possible, as long as the request may be granted without compromising operational needs.

**Procedure:**

I.    **Background.**

a.    Southern typically asks its employees to provide advance notice when requesting the use of sick time, vacation time, personal time, or paid time off.

b     Southern recognizes that there are times when an emergency arises and adequate advance notice cannot be given. This is especially applicable to persons who participate as part of emergency response teams ready to respond to any state or federal natural disaster. Southern commends employees for participating in such programs, and does not want to hinder your involvement or otherwise adversely affect your employment status as a result of that involvement.

c.    At the same time, since Southern is itself an emergency service organization, we need to maintain adequate staffing at all times. We must have sufficient staff to meet our obligations to the public. Therefore, we may only grant emergency leave requests to the extent we can adequately maintain staff coverage here. In other words, not all leave requests may be honored if doing so may compromise our operations.

II.   **Approval Process.**

a.    When an employee has a legitimate emergency situation that he or she knows will require an extended period of absence (other than military leave, family medical leave, or bereavement leave, which is covered in other policies), you should immediately discuss the need with your supervisor. Standard advance notice for leaves of absence will not be required.

b.    Where available, an employee may elect to use sick, personal, vacation, or paid time off that has been accumulated. Otherwise, the leave will be unpaid. Upon requesting the leave, you shall notify your supervisor of the desire to use any accumulated leave time.

c.    The employee requesting emergency leave should submit verification of the need for the leave with the request for the leave. (Example: documentation from the emergency management agency authorizing the employee's participation).

d.    Leave requests will be considered on a first come, first served basis and with consideration to the need to have you remain at the Company. Leaves will only be granted if management concludes that adequate staffing can be maintained for day-to-day operations.

SPS Defendant 000304

e.   The maximum period of leave shall be four (4) work weeks. Additional leave may be approved on a week-to-week basis, and/or in compliance with state and federal laws.

f.   If the leave request is granted, Southern will hold the employee's position open until the employee returns from the leave up to a maximum four (4) week period. If additional leave is approved, Southern may not be able to keep your position open.

g.   Employees should provide a brief report on their status and the anticipated need for continued leave on at least a weekly basis, and provide contact information at the location where they can be reached.

h.   Employees will not be paid any wages when on leave, unless they are part of an authorized disaster response system which reimburses the employer for the wages of employees on emergency leave. <u>If you are not specifically advised that you will be paid during the emergency leave assignment, you should assume that the leave is an unpaid leave.</u>

i.   Any employee who does not follow this Policy and/or does not report to work as scheduled either prior to or after completion of an approved leave will be considered to have resigned his or her employment with the organization.

## Employment Classifications

**Purpose:** To ensure proper classification of personnel for pay and benefit purposes.

**Policy:** Southern has defined full time and non-exempt and exempt positions within the organization.

**Procedure:**

**I.   Definitions.**

a.   Full-time Employee: An employee who has successfully completed the introductory period and who is regularly scheduled to work at least forty (40) hours per week.

b.   Per Diem Employee: An employee who is not regularly scheduled to work and who may only work a few shifts during a pay period. Per diem employees have no guarantee as to the number shifts they may be requested to work and are often called upon to work with little advance notice.

c.   Exempt Employee: An employee who is not eligible for overtime compensation, because they are in a bona fide executive,

SPS Defendant 000305

administrative, or professional capacity whose duties and responsibilities allow them to be "exempt" from overtime pay provisions under the law.

d.     Non-Exempt employee: An employee (including full time, part time and per diem) who is entitled to receive overtime compensation for hours worked in excess of forty (40) hours per week. This means that they are not exempt from (and therefore should receive) overtime pay.

e.     Volunteer: Any person who donates their time to the organization without any expectation of compensation.  Volunteers may supplement the regular workforce when needed because of periods of peak work load, employee absences, or other situations as may be determined by management, including emergencies, natural disasters, or other times where regular employees are unavailable.  Volunteers may participate in certain "Volunteer Incentive Programs," and receive a nominal fee (as a stipend, on call fee, or other minimal pay) for their efforts, and their availability. Employees may not "volunteer" their services to Southern while off-duty in the same capacity for which they are employed.

## II.     Job Assignments.

a.     Regardless of job title or employment classification, all employees are expected to be available to participate in any job as needed, and where capable, and/or certified to perform such a job.

b.     It is each supervisor's responsibility to assign available personnel to jobs based on the needs of Southern.

c.     Any employee who refuses reassignment to an area of greater need will be sent home, without pay, for the balance of the shift and will be subject to disciplinary action up to and including termination.

d.     Employees shall not be asked to perform tasks unrelated to their job description that require a higher level of responsibility or training, except in emergencies or other unusual, temporary circumstances.

e.     Employees may be called upon to perform work normally assigned to other staff members.  We expect everyone's cooperation on these occasions.

f.     It may be necessary to work beyond a scheduled shift to complete an assignment or to meet an urgent situation.  Employees are required to work overtime when mandated by a supervisor.

SPS Defendant 000306

# Family Medical Leave Act (FMLA)

**Purpose:** To comply with federal laws regarding employee leaves of absence for certain family and medical related issues.

**Policy:** Southern shall offer FMLA covered leaves of absences where appropriate, and where required by law.

**Procedure:**

I.      **Eligibility for Medical Leave.**

a.      An employee may need to be temporarily released from the duties of employment, but may not wish to resign.

b.      Employees may be eligible to take up to 12 weeks (lump sum or intermittent) of unpaid family/medical leave within a 12 month period as described in this Policy, if the reason for the leave qualifies under the Family and Medical Leave Act.

c.      To be eligible, the employee must:

1.      Have worked for Southern for at least 12 months, and for at least 1,250 hours in the last 12 months.

2.      Be employed at a worksite that has 50 or more employees within 75 miles of that worksite.

d.      Once the FMLA leave has ended and the employee wishes to return to work, subject to certain regulatory exceptions, the employee will be restored to the same or an equivalent position upon return from leave.

e.      This Policy applies to eligible employees as described in this Policy for all Family/Medical leaves of absence.   Any paid leave taken for FMLA-qualifying reasons will run concurrently with any unpaid Family/Medical Leave under this Policy.  Any Workers' Compensation leave period will also run concurrently with Family/Medical Leave.

II.     **Process for Taking Leave.**

a.      The employee must have a covered reason under the regulations for the leave.

1.      Eligible employees may take Family/Medical leave for any of the following reasons:

SPS Defendant 000307

A.     The birth of a son or daughter and in order to care for such son or daughter.

B.     The placement of a son or daughter for adoption or foster care and in order to care for the newly placed son or daughter.

C.     To care for a spouse, son, daughter, or parent ("covered relation") with a serious health condition.

D.     Because of the employee's own serious health condition which renders the employee unable to perform an essential function of their position.

E.     Leave because of reasons "A" or "B" must be completed within the 12-month period beginning on the date of birth or placement.

F.     Spouses employed by Southern who request leave because of reasons "A" or "B" or to care for an employee's parent with a serious health condition may only take a combined total of 12 weeks leave during any 12-month period.

b.     The employee must provide proper notice of the need for leave.

1.     If the employee's need for Family/Medical leave is foreseeable, the employee must give the Southern at least 30 days prior written notice. If this is not possible, notice must be given as soon as practical (within 1 to 2 business days of learning of the need for leave).

2.     Failure to provide proper notice may be grounds for Southern to delay the leave.

3.     If an employee is planning a medical treatment, the employee must consult with the Southern regarding the dates of such treatment.

4.     Where the need for leave is not foreseeable, employees are expected to notify Southern within 1 to 2 business days of learning of the need for leave (except in extraordinary circumstances), by completing an appropriate Leave Request Form.

5.     The employee must provide medical certification verifying the need for covered leave.

A.     If the employee is requesting leave because of his or her own serious health condition or a covered relative's

72

SPS Defendant 000308

serious health condition, the employee and the relevant health care provider must supply medical certification verifying the need for covered leave.

B.   When an employee requests leave, Southern will notify the employee of any requirement for a medical certification and when the form is due.

C.   Southern will allow at least 15 days after the employee requests leave to provide the certification.  If the employee provides Southern with at least 30 days notice of leave, the employee should provide the medical certification before leave begins.  Failure to provide requested medical certification in a timely manner might result in denial of leave until it is provided.

D.   Southern, at its expense, may require an examination by a second health care provider designated by Southern, if it reasonably doubts the medical certification initially provided.  If the second health care provider's opinion conflicts with the original medical certification, Southern, at its expense, may require a third, mutually agreeable, health care provider to conduct an examination and provide a final and binding opinion.

E.   Southern may also require subsequent medical recertification.  Failure to provide requested certification within 15 days, if such is practical, may result in delay of further leave until certification is provided.

c.   The employee must provide periodic status reports while on leave.

1.   The employee must contact Southern on the second and fourth Monday of each month regarding the status of the condition and intention to return to work.

2.   Employees must also give notice as soon as practical (within 2 business days if feasible) if the dates of leave change, if the leave must be extended, or the intended dates of the leave if the dates were initially unknown at the time of the request.

d.   An approved family/medical leave is unpaid and runs concurrently with all other types of leave.

1.   Family/Medical leave is unpaid and runs concurrently with other types of leave (e.g. paid vacation, Workers' Compensation leave) that may also be taken for an FMLA-qualifying reason.

SPS Defendant 000309

2.      Under certain circumstances, Southern may permit an employee to apply accrued pay benefits (such as Vacation, Sick, or Personal Leave) to the FMLA leave.

3.      In no case can the substitution of paid leave time for unpaid leave time result in an employee's receipt of more than 100% of salary.

e.      Available leave time is calculated by a "rolling" 12-month period.

1.      Each time an employee takes Family/Medical leave, the remaining leave entitlement would be any balance of the 12 weeks, which has not been used during the immediately preceding 12 months.  For example:

If an employee has taken eight (8) weeks of leave during the past twelve (12) months, an additional four (4) weeks could be taken.  If an employee used four (4) weeks beginning February 1, 2006, four (4) weeks beginning June 1, 2006, and four (4) weeks beginning December 1, 2006, the employee would not be entitled to any additional leave until February 1, 2007. However, beginning on February 1, 2007 the employee would be entitled to four (4) weeks of leave; on June 1, 2007 the employee would be entitled to an additional four (4) weeks; etc.

## III.    Terms and Conditions of Leave.

a.      Approved family/medical leave may include intermittent and reduced schedule leave.

1.      Leave, because of a serious health condition, may be taken intermittently (including partial days) or on a reduced leave schedule (reducing the usual number of hours you work per work week or work day) when medically necessary or if the employee is needed to care for a family member with a serious health condition.

2.      If leave is unpaid, Southern will adjust the employee's salary or compensation based on the amount of time actually worked.

3.      The employee must make a reasonable effort to schedule time off so as not to disrupt the operations of Southern.  The employee must provide not less than thirty (30) days notice before the date the leave is to begin, unless the medical condition requires leave to begin in less than thirty (30) days.

4.      The employee must provide his or her supervisor with the dates on which medical treatment is expected along with the expected duration of the treatment or the length of time needed to care for a family member.

SPS Defendant 000310

5.      While the employee is on an intermittent or reduced schedule leave, Southern may temporarily transfer the employee to an available alternative position, which better accommodates the employee's intermittent leave and which has equivalent pay and benefits.

b.      Employees on approved Family/Medical leave must provide a return to work certification.

1.      If the employee's leave is because of his or her own serious health condition, except in the case of intermittent leave, the employee is required to provide medical certification that he or she is fit to resume work.

2.      Employees may obtain a Return to Work Medical Certification Form from a supervisor to demonstrate fitness for work, as verified by a physician.

3.      Employees failing to provide the Return to Work Medical Certification Form will not be permitted to resume work until the form is provided.

c.      Employees are not permitted to be employed elsewhere while on approved Family/Medical leave.  An employee who takes another job for another employer while on Family/Medical leave or any other authorized leave of absence with Southern is subject to discipline, up to and including termination.

## IV.    Impact of Leave on Medical and Other Benefits.

a.      During an approved Family/Medical leave, Southern will maintain the employee's health benefits as if the employee continued to be actively employed.

1.      If paid leave is substituted for unpaid Family/Medical leave, Southern may deduct the employee's portion of the health premium as a regular payroll deduction.

2.      If the leave is unpaid, the employee must pay his/her portion of the premium by issuing a check to Southern no later than the 15th day of each month the employee is on approved leave.

3.      The employee's health care coverage will cease if the premium payment is more than 30 days late.

A.      If the payment is more than 15 days late, Southern will send the employee a letter indicating the premium is late.

SPS Defendant 000311

B.   If Southern does not receive the co-payment from the employee within 15 days after the date of the letter, the employee's coverage will cease.

C.   If the employee elects not to return to work for at least 30 calendar days at the end of the leave period, the employee will be required to reimburse Southern for the cost of the health benefit premiums paid by Southern for maintaining coverage during the employee's unpaid leave, unless the employee is unable to return to work due to the employee's serious health condition, or other circumstances beyond the employee's control.

## Garnishment of Wages

**Purpose:** To comply with applicable law and any valid claim against an employee by garnishing wages when required.

**Policy:** Southern will deduct and forward to appropriate persons any amount of an employee's wages that have been ordered to be garnished by a court or other appropriate authority.

**Procedure:**

I.   **Standards.**

a.   Southern recognizes that routinely, a child support order, alimony payment, debt, or other legally valid claim against an employee's wages may exist.

b.   Where such a valid claim is received against the wages of an Southern employee, the subject employee will be notified about the amount and details of the garnishment or wage order.

c.   Southern is required by law to deduct the garnished amount from the employee's pay, and forward that amount to the party referenced in the order.

d.   Southern will never ignore an order, or fail to deduct a garnished amount, as long as the order remains in effect.

e.   Under no circumstances will Southern offer wage "advances" to employees. This especially applies in situations where there is a garnishment order and the "take-home" pay is significantly reduced.

SPS Defendant 000312

# Health Insurance & Continuation of Health Care Insurance Under COBRA

**Purpose:** To maintain the health and well-being of employees and families through continuation of health care benefits when an employee is not working and a COBRA qualifying event has occurred.

**Policy:** Southern will provide health insurance benefits to employees eligible to participate and will continue health insurance benefits for eligible employees in accordance with federal regulations and this Policy.

**Procedure:**

I.      **Health Insurance.**

   a.      Southern, in the interest of providing quality benefits and maintaining the health, safety, and well-being of its employees, provides health insurance to its employees and families.

II.     **Eligibility.**

   a.      Employees who have been full time employees for at least 90 days and off introductory periods are eligible to participate in Southern's group health insurance program.  The program currently covers a percentage of the employee's health care insurance premium, but this coverage could change at the sole discretion of management.

III.    **Additional Coverage Under COBRA.**

   a.      Eligible employees and dependents enrolled in the Southern group health insurance plan (provided that it is a covered plan under COBRA) are eligible for continued participation for a temporary period (usually up to eighteen (18) months) in specific circumstances where the coverage would otherwise end.

   b.      COBRA provides for temporary coverage for a specific period of time, at the expense of the employee, for cost of premiums and the continuation of coverage depends on the qualifying event.  Such qualifying events include:

      1.      Voluntary or involuntary separation from employment of the covered employee, for reasons other than gross misconduct.

      2.      Death of the covered employee.

      3.      Reduction in the number of hours worked by the covered employee.

SPS Defendant 000313

4.      Divorce.

5.      Medicare entitlement.

6.      Loss of dependent child.

c.      Once eligible, COBRA coverage shall continue unless one of the following occurs:

1.      Employee becomes covered under another health plan.

2.      Maximum coverage date has been met (36 months after the qualifying event).

3.      Timely payment is not made.

4.      The employer health plan ceases to exist.

5.      The employee becomes eligible for Medicare.

6.      Termination of coverage by Southern due to, for example, filing of a false claim.

d.      All employees are encouraged to consult with his or her supervisor or the benefits coordinator with any questions regarding continuation of coverage.  The supervisor is asked to direct the employee to the appropriate person within Southern to address the concerns of the employee.

## Hiring of Relatives

**Purpose:** To prevent conflicts of interest and other problems that may occur when multiple family members are associated with the organization.

**Policy:** Southern shall not employ relatives of existing paid personnel or members of the Board of Directors, except in limited circumstances and only in cases where potential conflict is minimal.

**Procedure:**

I.      **Standards.**

a.      The employment of relatives in the organization may cause serious conflicts and problems with favoritism and morale, and claims of partiality in treatment at work, as personal conflicts from outside the work environment can be carried into day-to-day working relationships.

SPS Defendant 000314

b.    As a general rule, Southern will not employ relatives of existing employees.  In some situations, relatives may be employed if the employee is not directly supervised by the relative or if management determines the potential for conflict is minimal.

c.    If the relative relationship is established after employment has begun, management will determine if the relationship poses a conflict.  If the decision is that one relative must change positions, modify work schedule, or resign, Southern will permit the individuals concerned to decide which one will make the change.  If that decision is not made within 30 calendar days, management will decide, and will make that decision in a non-discriminatory manner.

d.    For the purposes of this Policy, a relative is any person who is related by blood or marriage, or whose relationship with the employee is similar to that of persons who are related by blood or marriage (e.g. adoptive parent and child relationship).

# Introductory Period

**Purpose:** To ensure proper training of new personnel so that they are properly acclimated to the organization and to determine if the mutual relationship between Southern and the staff member should continue.

**Policy:** All new hires of Southern will participate in a three (3) month introductory period.  The employee will be evaluated during this time, and at the end of the period a determination will be made as to whether the employment will continue.

**Procedure:**

I.    **Standards.**

a.    During the first three (3) months of employment, qualifications and abilities are carefully evaluated relative to work assignments and our environment.  Supervisors will provide employees with information about standards and expectations that are required for each job.  All employees are encouraged to ask questions and get clarifications of policies and expectations.

b.    During the initial Introductory Period, and any time thereafter, employment may be terminated at the option of either the employee or Southern.

c.    Employees will be evaluated at the conclusion of the Introductory Period, at which time all relevant training should be completed.

SPS Defendant 000315

d.      During the Introductory Period, all employees are expected to become familiar with Southern policies, including those outlined in this Handbook.

e.      In exceptional circumstances the Introductory Period may be extended an additional 90 days.

# Jury Duty Leave

**Purpose:** To accommodate employees called for civic duty.

**Policy:** Southern shall permit employees called for jury duty to serve, without negatively impacting their employment status or benefits, and to compensate them accordingly.

**Procedure:**

I.      **Standards.**

a.      Employees are encouraged to fulfill their civic responsibilities by serving jury duty when required.

1.      Employees are not required to use accumulated leave time to serve on jury duty.

b.      Any employee that has been called for jury duty must provide notice to his or her supervisor, as soon as notified by the court.

c.      If it is determined that serving jury duty will create an operational hardship, Southern may make efforts to ask to have the person excused from such service, if the employee agrees.

d.      All other benefits will be covered and will accrue during any jury duty leave as if the employee was continually working.

e.      The employee must provide verification of the jury duty leave, including official court attendance verification.

# Leave of Absence

SPS Defendant 000316

**Purpose:** To accommodate the personal needs of employees by allowing unpaid time off if needed.

**Policy:** Southern shall permit unpaid leaves of absence in certain situations as operational needs permit.  All unpaid leave will be reviewed on a case-by-case basis and will be approved at the discretion of management.

**Procedure:**

I.      **Standards.**

   a.      Southern will make provisions for certain unpaid absences, taken at the request of the employee for certain health, medical, or personal reasons.

   b.      We will make every effort to provide our employees with the requested unpaid leave of absence, but cannot guarantee that benefits will remain available during any such absence.  Benefit continuation depends upon the terms of the plan, and the length of the desired leave.

   c.      Any employee requiring an unpaid leave of absence is asked to contact his or her supervisor as far in advance as possible so that proper accommodations can be made, and to prepare for a possible return at some time in the future.

   d.      Short term and temporary unpaid leaves of absence where additional time off is requested, but the employee has exhausted all Personal, Sick and Vacation Time, can be granted so long as appropriate coverage is available, and operations are not negatively impacted.

   e.      Leaves will be considered on a case-by-case basis.  In determining whether to approve the leave, consideration will be given to the employee's work history, tenure, and need for leave time.

   f.      Leave will only be granted for a maximum period of 6 months, and must be approved on a month-to-month basis.

   g.      Upon completion of the leave, Southern will attempt to assign the employee to the same position held at the start of the leave, but cannot guarantee that position will be available.

   h.      Any employee who fails to report to work at the conclusion of the leave period will be considered to have voluntarily resigned employment.

## Military Leave

SPS Defendant 000317

**Purpose:** To recognize non-career military service obligations, and comply with federal laws concerning such military service obligations.

**Policy:** Southern shall permit employees with military obligations to temporarily be excused from employment without affecting their full time non-military career.

**Procedure:**

I.     **Background.**

     a.     The Uniformed Services Employment and Reemployment Rights Act (USERRA), provides protection to employees of Southern who still actively engage in certain military activities.

     b.     Employees of Southern who also serve in the Army, Air Force, Navy, Marine Corps, Coast Guard, the respective reserves for these military branches, the National Guard, other National Disaster Medical System commissioned employees, or others as designated by the President are covered under this Policy.

     c.     Under this law, any person who has performed, applies to perform, or has an obligation to perform services in a uniformed service shall not be denied:

          1.     Initial employment.

          2.     Reemployment.

          3.     Retention of employment.

          4.     Promotion.

          5.     Any benefit of the employer.

     d.     Any employee shall not be subject to discipline or retaliation based upon:

          1.     Action taken to enforce USERRA protections.

          2.     Testimony related to USERRA leaves.

          3.     Investigation related to a leave covered under USERRA.

          4.     Exercise of USERRA rights.

     e.     Military leave includes active service, inactive or active training, or other national guard training, service, or other requirements, as outlined under the law.

SPS Defendant 000318

f.   Cumulative absence for military service shall not exceed five (5) years, with certain exceptions as described in USERRA. USERRA rights are no longer available after five years of military leave have been used.

g.   Entitlement to protection under USERRA terminates upon separation from the uniformed service for dishonorable discharge, dismissal, or dropping from military rolls as outlined by law.

## II.   Requesting Military Leave.

a.   An employee shall provide advance notice to his or her supervisor as soon as they are aware of the dates they will be on military duty so that arrangements can be made for replacements during this absence, unless military necessity prevents such notice or it is otherwise impossible or unreasonable.

b.   Copies of the military order indicating the need for military duty leave must be provided.

c.   Unless specific notice is received that there is no intent to return to work, a request for a military leave of absence will presume that there is an intent to return to employment.

## III.   Benefits While on Leave.

a.   Employees on military leave will be treated as taking an unpaid leave of absence. Employees may elect to apply accumulated vacation time to the military leave if desired, in order to receive some compensation during military service time spent away from work.

b.   Employees are permitted to maintain health insurance coverage for up to 24 months while on military leave. Southern may require you to pay for the cost of such health insurance (at a rate permitted by law). If coverage lapses, and/or upon reinstatement, the employee should be entitled to the same health insurance benefits he or she would have been entitled had the military leave not occurred (without any waiting period, or pre-existing condition exclusions being applied).

c.   All seniority dates and benefits will be retained during a military leave as though you remained continually employed, except that actual "working-time" benefits will not accrue, as military service time will not count as "working-time."

d.   Southern contributions to an employee retirement plan may continue. Upon your return to work after a military leave, you may be required to contribute to the retirement fund for the time spent on military leave.

## III.   Returning from Military Leave.

SPS Defendant 000319

a.     Employees returning from military leave are entitled to be placed into a position they would have been employed if they had not taken the military leave (or, in some cases, a similar position they are qualified to perform or equivalent pay and seniority.) To qualify for reinstatement:

   1.     Employees on military leave for up to 30 days will be reinstated upon reporting to Southern to work for the first regularly scheduled shift after the end of the military service (or as soon as possible allowing for safe transport).

   2.     Employees on military leave for 30 – 180 days can be reinstated when providing a request for reinstatement within 14 days after the end of the military service (or as soon as possible where delay may be necessary based upon no fault of the employee).

   3.     Employees serving 180 days or more can be reinstated when providing a request for reinstatement within 90 days after the end of the military service.

   4.     In cases where an employee was hospitalized or is recovering from a military-related illness or injury, he or she shall be entitled to request reinstatement after recovery has occurred, provided that the recovery is not longer than two years.

b.     Failure to report under the timelines outlined above shall not forfeit reinstatement rights, but can lead to discipline based upon standard Southern discipline in accordance with absenteeism policies.

c.     To the extent that refresher and/or retraining courses are required to meet required level of knowledge for a position, Southern will make reasonable efforts to help the employee meet such requirements. For example, if you were in line to receive EMT-Paramedic training at the time of your military leave, upon your return, you may be entitled to receive such training.

d.     Any employee who has been reemployed following military leave cannot be discharged without "cause" for one year after the reinstatement if the military service was at least 181 days, and for 180 days after the reinstatement if the military service was between 30 and 180 days.

e.     Southern is not required to reinstate employees if circumstances have changed to the extent that reinstatement is impossible, or if, based upon the type or nature of employment, reinstatement was not expected.

f.     To the extent that you suffer a service-related disability, Southern will make reasonable accommodations, including re-employment in a

SPS Defendant 000320

different position of equal seniority, status, and pay when the disability prevents you from performing in your original capacity.

# Moonlighting/Outside Work

**Purpose:** To prevent conflicts of interest, maintain a high level of patient care, and help ensure that the focus of an employee's work is with Southern.

**Policy:** Any outside employment or volunteer service must be reported to management.  At all times any outside employment or volunteer activities with another agency cannot interfere with job responsibilities at Southern.

**Procedure:**

I.   **Standards.**

    a.   Any employee engaged in or contemplating outside employment must divulge the relationship, or contemplated relationship to his or her supervisor.

        1.   Employees are expected to devote full efforts to their employment with Southern (whether full or part time).

        2.   Southern will work with employees to coordinate second jobs that are necessary out of need and/or desire.

    b.   Requests for outside employment shall be reviewed, and will generally be approved, when the outside employment:

        1.   Does not conflict with responsibilities, including the ability to work overtime as required in your position. Specifically:

            A.   Any outside employment shall not take precedence over Southern employment.

            B.   Employees are not permitted to arrive late or leave early, to meet obligations with any outside employment.

        2.   Does not interfere with job duties and expectations. Specifically:

            A.   Outside employment that affects the ability to perform job function (including the requirements that employees arrive for work well rested) will be denied.

            B.   Part time Southern employees are more likely to be granted a request to work outside employment, since it will generally have less of an impact on the schedule

SPS Defendant 000321

than the full time employee. This will generally be permitted as long as the employment is not detrimental to the interests of Southern.

c. Employees that are granted a request to work outside employment, but where the outside employment interferes with their ability to complete job duties with Southern, may be asked to cease the outside employment, or make schedule changes.

d. Employees that are denied a request to work outside employment, yet continue to do so, will need to choose between the outside employment and employment with Southern.

e. To the extent that the outside employment is a home-business or other business that can be conducted by phone or computer, under no circumstances shall an employee be permitted to conduct such outside employment while on work-time with Southern.

# Off-Duty Access

**Purpose:** To maintain a professional workplace environment, maintain facility security, and avoid unnecessary distractions.

**Policy:** Southern limits off duty employee access to the building and equipment after the employee's work shift ends.

**Procedure:**

**I.     Standards.**

a. Employees are expected to promptly leave the premises at the end of their shift, so as not to disrupt the work of the oncoming shift.

b. Employees may enter the station when they are not scheduled to work, or otherwise off-duty, for the limited purposes of retrieving a paycheck, attending authorized Company meetings or educational activities, conducting official Company business, or at the request or with the approval of a supervisor.

c. Employees may not "volunteer" their services while off duty, since the law requires that such hours must be counted as work time, for which payment will be required.  Non-work related volunteer services (i.e. fundraisers) that may require off-duty participation at the station are permitted.

d. Off-duty access is limited to protect facility security, prevent distractions to on-duty personnel, and avoid possible inappropriate disclosure of patient information. Off-duty personnel in the workplace

SPS Defendant 000322

could lead to unnecessary and preventable disclosures of patient information.

# Orientation Program

**Purpose:** To help new employees become accustomed to Southern and how it operates, and to ensure that they have the opportunity to learn all relevant Policies and Procedures.

**Policy:** Southern will provide initial orientation training and will monitor new staff member performances during the three-month Introductory Period.

**Procedure:**

**I.    Standards.**

    a.    The Orientation Program is designed to help all employees become familiar with essential operating procedures, patient care protocols, and policies of Southern and runs concurrent with the three (3) month Introductory Period.

    b.    As part of the Orientation Program, all employees will receive information about the requirements of the position, compensation and benefits, policies, and other relevant information regarding both employment and patient care.

    c.    During the Orientation Program, new employees are expected to attend all mandatory and other scheduled training sessions.  Training sessions may include such topics as patient care, HIPAA and patient privacy, legal compliance, and other relevant patient care and employment related topics.

    d.    Employees are encouraged to ask questions about their employment or the policies of Southern during any of the Orientation Programs. Even after the Orientation Program and Introductory Period ends, employees are encouraged to voice their concerns and pose questions to their supervisor or other member of management.

    e.    For the first 30 days of the Orientation Program, employees may not be eligible for all employment benefits.  There may be a waiting period to sign up for benefits like health care insurance.

    f.    At the conclusion of the Orientation Program you will meet with your supervisor to determine if your employment will be continued beyond the Introductory Period.  Successful completion of the Introductory Period and completion of all Orientation Program training does not guarantee permanent employment or alter in any way the at-will employment relationship.

SPS Defendant 000323

# Overtime

**Purpose:** To comply with state and federal laws concerning pay practices.

**Policy:** Southern will pay non-exempt employees overtime if they work more than 40 hours in a work week.

**Procedure:**

I. **Eligibility.**

    a.    All non-exempt career personnel can be eligible for overtime payments.

    b.    Any and all work actually performed in excess of forty (40) hours in a week will be paid at a rate of one and one half times the employee's regular rate.

II. **Standards.**

    a.    Due to operational demands, emergencies, weather conditions, or other job requirements, overtime work may be required.

    b.    All overtime worked must receive the supervisor's authorization.

    c.    All employees should be willing to work and make accommodations as necessary in the interest of patient care and the needs of Southern, especially that of always having adequate coverage for its ambulances.

    c.    Selection of an employee to work overtime will be made by a supervisor.

    e.    Salaried employees who also meet the duties established under the law for executive, administrative and professional employees are not eligible for overtime. Exempt personnel are expected to work the number of hours necessary to complete their job. In some situations, Southern may permit salaried, exempt employees to accumulate "comp time" for some of the hours that may need to be worked beyond the regular 40 hour work week. You will be advised if your job position is an "exempt" (no overtime payments) or "non-exempt" (eligible for overtime payments) position.

    f.    All hours worked must be properly documented to ensure proper payment calculation, including overtime, where applicable.

SPS Defendant 000324

# Pay Procedures

**Purpose:** To outline standard payment and pay related provisions in accordance with federal and state law.

**Policy:** Southern shall use a clear and consistent pay procedure that is fair to all employees, and that provides prompt payment to all employees for the time that they work.

**Procedure:**

I.    **Standards.**

a.    Paychecks will be issued in accordance with the "Pay Period & Wages" Policy.

b.    Employees are asked to review their paychecks for errors, and immediately report such errors.

c.    Employees that fail to receive their paycheck in a timely manner after the date such check is to be issued shall notify his or her supervisor of the delay. Likewise, if a paper check is lost or stolen, employees must notify Southern immediately, so that a new check may be issued once a stop payment is made. Southern will not be responsible for any lost or stolen checks, and if a stop payment order was unable to be made, Southern will not re-issue a check that has already been deposited.

d.    Any errors on the paycheck (e.g. overpayment or underpayment, inaccurate accounting of vacation time) will be corrected on the next paycheck. Southern will not issue a replacement check to correct errors, or to adjust payment amounts. No interim checks to cover underpayments will be issued. Instead, the difference will be added to the next paycheck.

# Reporting to Work Well Rested

**Purpose:** To maintain high levels of quality patient care by ensuring that personnel are not overworked and are able to function effectively.

**Policy:** Southern requires that all employees report to duty well rested, and able to meet the needs of the public and patients that we serve.

**Procedure:**

I.    **Standards.**

SPS Defendant 000325

a.  Because we provide emergency patient care, keen judgment, skill, and safe performance of job duties are required at all times.  To do this, all personnel must report to work well-rested at the start of his or her scheduled shift.

b.  To the extent that a second job prohibits personnel from being able to perform their duties for Southern, because insufficient rest affects the quality of care, the staff member may be asked to go home, and be will not receive any pay for the remainder of the shift.  Likewise, in situations where personnel appear overtired or otherwise exhausted due to insufficient rest, for any reason whatsoever, and where patient care may be affected, the personnel may be requested to return home, and be denied pay for the shift.

c.  In addition to other employment, personnel are asked to schedule other personal outside activities appropriately, so as to be well rested and alert when reporting for duty.

d.  Insufficient rest and other symptoms of exhaustion can affect the ability to perform job duties, and jeopardize the well being of patients and co-workers.  In the interest of maintaining a safe work environment, and our commitment to the highest level of patient care, we expect everyone's cooperation with this Policy.

e.  A staff member who routinely arrives to work not well rested, or who shows signs of exhaustion such that patient care may be jeopardized may also face disciplinary action, up to and including termination.

## Reporting Workplace Injury/Workers' Compensation

**Purpose:** To comply with federal and state laws concerning safety in the workplace, to protect employees from injury in the workplace, and to provide wage loss and medical benefits when a staff member is injured on the job and cannot work.

**Policy:** Southern requires its employees to report all instances of injuries at the workplace so that appropriate steps may be taken.  Strict adherence to this Policy is necessary to ensure appropriate benefits are provided when there is a bona fide workplace related illness or injury.

**Procedure:**

I.  **Standards.**

a.  Any personnel suffering an injury while on-duty shall promptly advise their supervisor and complete incident paperwork, as required by Southern and/or the relevant state agency. Injuries include, but are not limited to:

SPS Defendant 000326

1.     Injuries of any nature sustained in any Southern vehicle (or personal vehicle) received while performing job duties.

2.     Injuries sustained as a result of moving and transporting patients.

3.     Injuries received as a result of patient care (i.e. needle sticks, cuts, possible infectious disease exposure).

b.     All relevant state agency reporting requirements shall apply.

**II.     Workers' Compensation Insurance.**

a.     Southern carries Workers' Compensation Insurance to provide for payment of medical expenses and lost wages in the event of a work related accident or illness. To qualify, the injury must occur within the course and scope of employment.

b.     The amount of benefits payable (medical expenses, lost wages, etc.) and the duration of payment depend on (among other things) the nature and severity of your injury or illness, amount of lost work time, and ability to physically perform essential job functions. All medical and wage loss benefits will be provided in accordance with state and federal laws.

c.     Failure to immediately report work related injuries may have a negative effect of the ability to receive prompt Workers' Compensation benefits.

d.     Workers' Compensation benefits will apply only to injuries sustained on-duty, and under no circumstances will apply to injuries sustained by voluntary, non-work activities.

e.     When you qualify for Workers' Compensation lost wage benefits, you will receive reimbursement at the standard Workers' Compensation reimbursement rate as paid by the insurance carrier.

**III.     Reporting Procedures.**

a.     As soon as you believe you may have suffered a work related injury, you should follow the following procedures:

1.     Where possible, provide a verbal report of the incident immediately to your supervisor, prior to any written documentation.

2.     Seek immediate and appropriate medical attention in accordance with Company Policy.

SPS Defendant 000327

3.  Obtain appropriate pre-authorization information from your supervisor, such as the Workers' Compensation claim number, which may be required for all future treatments.

4.  Cooperate with any insurance adjuster or agent who may contact you regarding the accident.

5.  Provide a note from your health care provider concerning the nature and scope of the injury, input on performing the functions of you job, and the length of absence that may be required.

6.  Take appropriate steps to coordinate time off with your supervisor.

b.  Your supervisor will be involved in your Workers' Compensation claim, and is expected to follow the following procedures:

1.  Review the "Employee's Report of a Work Related Injury" and any witness accounts, and investigate the nature and scope of the injury.

2.  Prepare and submit to the Insurance Carrier a "Supervisor's Report of a Work Related Injury" as found as part of this Policy.

3.  Obtain all relevant medical documentation regarding the nature and scope of the injury from your physician, including:

   A.  Diagnosis.
   B.  Medical Management.
   C.  Restrictions.
   D.  Anticipated date of return to work.

4.  Record the injury in the appropriate log book maintained by Southern, including any required OSHA logs

5.  Provide for appropriate accommodations, where possible, when an employee who has suffered a work related injury has been cleared to return to work in a minimal or "light duty" capacity.

6.  Take steps to prevent the hazard, and prevent future occurrence of the event that caused the harm. Where necessary, notification of possible contamination and/or infection should be made to appropriate state agencies.

7.  In the event that training or new policy is required, based upon the accident and injury, the supervisor will coordinate with relevant Southern staff to ensure prompt action to prevent future occurrence.

SPS Defendant 000328

c.   In cases where work must be missed, the treating medical professional or physician must authorize the absence.  Your treating physician should provide a note indicating the extent of the injury, the treatment date(s), the amount of time that must be taken off work, an anticipated return date (if any), and any restrictions upon your return to work, based on a review of the essential functions of the job.

d.   Modified or light duty assignments may be available where a physician indicates that you are able to perform some, but not all work duties. Whether light duties will be available will have to be made on a case by case basis, depending upon the work functions that can be performed, the "light duty" that may be available, and the recommendations of the treating physician.

e.   Any and all Workers' Compensation claims, benefits, and injuries are subject to investigation by your supervisor, as well as insurance adjusters, and other relevant parties.  Faking an injury in an attempt to obtain improper Workers' Compensation benefits is a crime.  Full cooperation in any insurance investigation is expected. Additional relevant investigation and reporting information is contained in the forms and procedures attached to this Policy.

a.   All decisions regarding liability, insurance coverage, and payments will be made by the insurance carrier, and will be subject to insurance review and appeal processes. Based upon the degree of the injury you may become eligible for short or long term disability coverage.

b.   The Company will not retaliate against any staff member who makes a good faith report of a work-related injury.

## Short & Long Term Disability

**Purpose:** To provide employees with some financial protection in the form of insurance in the event that they are injured and unable to work or are disabled for an extended period regardless of when the illness or disability occurred.

**Policy:** Southern will participate in a Disability Insurance Program to help cover the cost of time lost to illness or injury.

**Procedure:**

I.   **Overview.**

a.   All disability insurance programs at Southern are governed by the official documents of the respective Insurance Plan ("Plan").

SPS Defendant 000329

b.      All disability insurance programs are subject to modification, enhancement or reduction of benefits or termination of the program in the sole discretion of the Company.

c.      Employees who wish to participate in the program must meet all eligibility requirements.  Employees are required to pay  the insurance premium which will be included as a payroll deduction.

a.      In the event of a work related illness or injury, medical and wage loss benefits will be paid under our Workers' Compensation program.  In these cases the employee may not be eligible for supplemental disability benefits, depending on the terms of the Plan.

e.      Eligible employees must follow all application procedures continued in the Plan when applying for benefits.

f.      There may be requirements to undergo a medical examination to determine eligibility for benefits.

# Sleep Time on 24 Hour Shifts

**Purpose:** To allow all employees who work a shift of at least 24 hours to sleep or rest during designated periods while on duty.

**Policy:** Southern offers a sleep time program to employees working 24 hour shifts or longer following the procedures required under federal law.

**Procedure:**

I.      **Standards.**

a.      Full time emergency medical personnel may be required to work shifts of 24 hours or more to meet the needs of the Company and to ensure prompt provision of emergency medical services.  When an employee works a 24-hour shift, the employee will be permitted to sleep or rest during designated rest periods during that shift, or at any time during the shift that does not interfere with work duties.

b.      Federal law permits employers to treat up to eight (8) hours of the shift as time that is not worked and therefore not paid time to the employee, as long as the employee is able to obtain five hours of rest/sleep during the designated rest period.  This means that typically you will receive 16 hours of pay for the 24-hour shift if you are able to get five hours of rest/sleep time.

c.      Under the law, the five hours of rest/sleep time need not be a consecutive period of five hours, and the employer is permitted to

SPS Defendant 000330

deduct the eight (8) hours as long as the employee is able to obtain five hours of sleep time throughout all the designated rest periods.

d.    If you are interrupted to take a call or are required to work during the designated rest periods, then that time will be considered "hours worked" since you were interrupted during the sleep/rest period.  You are on working time from the start of the call (upon dispatch) until you return to the station and the unit is back in service and all paper work is completed.

e.    Whenever you are interrupted from a rest/sleep period to perform work, you must note the time you started working and the time you completed the assignment and were able to rest/sleep once again.  All employees will receive overtime in accordance with the overtime Policy for all hours worked that exceed 40 hours in the pay week.  For overtime purposes, the 8-hour deduction for sleep time is not considered as hours worked and therefore does not apply toward the 40-hour work week.

g.    For the comfort of our staff, adequate sleeping facilities and other conveniences are provided to help ensure that you receive an adequate rest period.

## Social Security

**Purpose:** To comply with federal requirements for withholding and making contributions to the Social Security Trust Fund.

**Policy:** Southern will make appropriate Social Security deductions and contributions, and submit them in accordance with federal law.

**Procedure:**

I.    **Standards.**

a.    While employed at Southern, all employees will contribute to a government fund that provides for future supplemental retirement benefits and health insurance under Social Security and Medicare.

b.    Employee contributions are deducted from each paycheck and Southern matches your contribution to these funds, as required by law.

c.    Social Security is intended to supplement your personal savings and retirement income plans, and not serve as the sole source of retirement benefits.

SPS Defendant 000331

    d.      Contribution is mandated by the federal government, and benefits will be received upon obtaining the age of retirement (or less in special circumstances).

    b.      Employees may obtain a summary of their benefits and a statement of their   lifetime contributions to date directly from the Social Security Administration.

## Solicitation, Distribution of Literature, and Use of Bulletin Boards

**Purpose:** To avoid distractions and unnecessary interruptions during work-time, and to avoid excessive clutter at our work sites.

**Policy:** Southern prohibits solicitation of one employee by another employee during working time, and distribution of unauthorized literature at all times.

**Procedure:**

**I.**      **Solicitation.**

    a.      Personnel are prohibited from solicitation while on "working time."

        1.      "Working time" is defined as all time when ones duties require that he or she be engaged in Southern related tasks, but does not include an employee's own time, or break time, or designated rest time or when not engaged in work activities

        2.      To avoid annoyance to patients and others, solicitation is prohibited at all times in any patient care areas, including in any vehicle in which a patient is on board, or at the scene of an incident.

**II.**      **Distribution of Literature.**

    a.      Personnel are not permitted to distribute advertising material, handbills, printed or written literature of any kind at any time in the work areas, including in any Southern vehicles.

**III.**    **Solicitation/Distribution by Non-Employees.**

    a.      Solicitation, distribution of literature, or trespassing by non-personnel on the  premises is prohibited at all times.

**IV.**    **Use of Bulletin Boards.**

    a.      Official Company bulletin boards are an important means of communicating information of interest and importance.

SPS Defendant 000332

b.      Personnel should regularly check these Company boards for important announcements, schedule changes, continuing education classes, and so forth.

c.      These bulletin boards are for items of interest to the Company that are specifically related to Company workplace activities.  Only management may post materials on the bulletin boards.  These boards are not to be used for any personal postings, fundraising activities, political views, and other non-Company related issues.

d.      Personnel shall not post or remove any material from the Company bulletin boards without permission from a supervisor.

e.      The Company may, in its discretion, establish a separate bulletin board for postings of general interest to all employees.

## Trading Shifts and Maintaining Operational Coverage

**Purpose:** To ensure adequate coverage of all work shifts when personnel trade shifts with each other.

**Policy:** Southern will permit employees to trade assigned shifts in limited situations, and only when following the steps of this Policy.

**Procedure:**

I.      **Background.**

a.      Southern recognizes that at times, personal conflicts may arise in which a person cannot meet the obligations of his or her scheduled shift.

b.      Where such conflicts occur, employees may be able to trade or "swap" their shift with another employee as long as there is adequate coverage of the shift.

II.     **Standards.**

a.      Any proposed trade must be presented to a supervisor. Any trading will be subject to the following:

1.      Equal trading shall occur. An employee shall not expect another employee to cover part or an entire shift without covering an equal amount of time for that other employee.

2.      A trade of straight time for overtime shall not occur. But:

A.      Exceptions may be made in extraordinary circumstances where a "swap" cannot occur and

97

SPS Defendant 000333

overtime hours may be required (e.g. an emergency arises and coverage is required for the last shift of the week).

    B.      Such an exception will be made by the supervisor.

    3.      Trades in coverage must be made between persons who are equally qualified and certified to work the shift. For example, a Paramedic cannot trade with an EMT, since the EMT would not be qualified to meet the requirements of the Paramedic job duties.

c.      Management reserves the right to refuse to permit a trade to the extent that it will pose scheduling or other personnel conflicts. All proposed trades must be submitted in writing and signed by <u>both</u> Employees. All trade requests must be submitted to the appropriate supervisor at least 24 hours prior to the first shift involved.

d.      Trades are not permitted unless the employees involved receive the approval of the supervisor.  Employees engaged in unauthorized trading may be subject to disciplinary action and may be prohibited from entering into any other trades for a period of time.

## Unemployment Compensation

**Purpose:** To comply with federal and state laws regarding unemployment compensation for eligible employees.

**Policy:** Southern will provide statutory contributions to the unemployment compensation fund so that eligible employees who are displaced, at no fault of their own.

**Procedure:**

**I.**    **Standards.**

a.      Unemployment Compensation is available to provide a weekly supplement in periods of unemployment to eligible persons as determined by state law.

b.      Southern makes contributions to the unemployment program, to provide for unemployment compensation for employees who are terminated or laid off through no fault of their own, or in some cases when work hours are reduced.

c.      The employee must apply for benefits directly with the appropriate unemployment agency.  The Company is not responsible in any way

SPS Defendant 000334

for the application procedures and it does not make determinations on eligibility.

    d.      Payments made to the employee will not be supplemented by any additional payments from the Company.

# Vacation Time

**Purpose:** To allow employees the opportunity to have time off to relax and recharge.

**Policy:** Southern provides paid vacation time to its employees.

**Procedure:**

**I.**      **Eligibility.**

    a.      Individuals who have been full time employees for more than one year are eligible for Vacation Time.

**II.**  **Standards.**

    a.      In order to use vacation time, employees must request use of such time as early as possible, but in all cases, at least two (2) weeks prior to the desired start date.

    b.      Vacation Time will accrue on employment start date of each year.

    d.      The amount of Vacation Time an individual employee is entitled to depend on the number of years the employee has been employed.

                1 year             5 days (maximum of 120 hours)
                3 years or more     7 days (maximum of 168 hours)

    e.      Employees are permitted to utilize their vacation time as they wish (but can take vacation in no less than half day increments).

    f.      Vacation time may be carried over, into the next year a maximum of two years.

# Wage Deductions

**Purpose:** To comply with state and federal laws concerning deductions that may be made from an employee's paycheck.

**Policy:** Southern will deduct from each paycheck only those amounts required by law or authorized by the employee.

**Procedure:**

**I.**      **Standards.**

SPS Defendant 000335

a. All deductions as required by state, federal, or local law, or by court order (e.g. garnishment of wages), shall be made.

1. The amount of the deductions will depend on earnings and on the information furnished on each W-4 form regarding the number of dependents and/or exemptions claimed.

2. The W- 2 form received each year will indicate precisely how earnings were deducted for these purposes.

b. Payroll deductions include, but are not limited to:

A. Federal Withholding.

B. FICA.

C. State Income Tax.

D. Local Wage Tax and/or Occupational Tax

E. Retirement Savings.

F. Correction of errors or obligations.

G. Union Dues (if applicable).

H. Miscellaneous Voluntary Deductions.

I. Other deductions authorized in writing by the employee.

## Wages and Pay Period

**Purpose:** To ensure high quality of care and maintain integrity in the workplace and to make certain that staff members report to work and document the time worked.

**Policy:** As an emergency response agency, it is essential that all employees report to work on time and that they record work time completely and honestly.

**Procedure:**

I. **Standards.**

a. All employees should have time recorded and be at their assigned workstations ready to respond at the start of their shift.

SPS Defendant 000336

b.      All employees shall adhere to the terms of the "Scheduling" Policy, including the provisions for calling off, and trading shifts with other personnel.

c.      Due to the nature of our business, there are no designated meal breaks during the scheduled shift for operational staff.  Operational staff are paid for the full work shift and are permitted to take meal breaks as the call volume permits.  All operational staff must remain ready to respond during meal breaks.

d.      Non-operational staff receives unpaid meal breaks.  These employees (such as billing or office staff) should not perform any work tasks during their assigned meal break.

e.      Operational staff are expected to work their full shift, as reported on the work schedule, unless provisions have been made and approved by a supervisor, or unless an emergency situation warrants an early departure. In all cases, changes to the schedule must be approved of by your supervisor, and appropriate coverage must occur.

## II.      Definitions.

a.      For purposes of this Policy, "Operational Staff" means EMTs, Paramedics, and others actively engaged in patient care in the field.

b.      For purposes of this Policy, "Non-Operational Staff" means all administrative and financial staff who perform business functions and are not engaged in directly providing EMS or ambulance service.

## III.     Work Week.

a.      The designated "work week" for Southern for calculating overtime eligibility and other purposes is the seven (7) consecutive days starting at 08:00 a.m. Sunday and ending at 07:59 a.m. on Saturday.

b.      Because of our 24-hour operation, there is no standard work shift. Each employee may have a different work shift, with different days off, within the standard pay week that runs from Sunday to Saturday.

## IV.      Hours of Work.

a.      All employees will be assigned and expected to work the shift periods assigned to them.

## V.       Recording Work Time.

a.      Employees are responsible for signing in and signing out when reporting for work or leaving work, for entering their time worked and for submitting it to their supervisor at the end of the pay period.

SPS Defendant 000337

b.      Anyone found falsifying a time sheet or anyone completing another employee's time sheet or clocking in for another employee will be subject to discipline.

c.      Any employee, who forgets to submit  their time sheets may experience a delay in receiving their paycheck.  Completed or forgotten time sheets may be submitted the following pay period for processing.

d.      The Company may utilize mechanical or electronic time clock systems that may modify employee responsibilities under this policy.

**VI.     Pay Day.**

a.      The official pay day is the first Friday in a two week pay period.

b.      Paychecks issued on pay day will cover pay for the preceding two week pay period.

d.      Any employee who sends a representative to pick up their paycheck must sign a statement authorizing that person to pick up the check.

e.      Any employee who resigns will have their check held until arrangements are made to return all Southern equipment.

**VII.    Posting and Changes.**

a.      The designated "work week," "pay period," and "pay day" will be posted on the Company bulletin board.

b.      Any changes to these dates will be announced prior to the change.

SPS Defendant 000338

# Section IV
# Forms and Other Resource Materials

SPS Defendant 000339

**ATTACHMENT A**
**Position Description - EMT**

POSITION TITLE:

      Emergency Medical Technician

POSITION IDENTIFICATION

      Reports to:                 Supervisor
      Employees Supervised/Directed:   None
      FLSA Code:               Non-Exempt

POSITION PURPOSE AND SUMMARY:

      Under the ambulance captain and Southern officers, the ideal Emergency Medical Technician ("incumbent") will perform duties associated with providing rescue services and emergency medical care to the sick and injured in accordance with all applicable laws, regulations, and Southern policies.

ESSENTIAL DUTIES AND RESPONSIBILITIES:

      The incumbent must possess and apply knowledge and skills necessary to perform the duties of an emergency medical technician and rescuer, in a dignified and compassionate manner, including:

- Responding to emergency and non-emergency calls calmly, efficiently and promptly;
- Administering basic life support to patients at the scene, en route to the hospital, and in a pre-hospital setting, in accordance with federal, state, and local laws, regulations, and standards;
- Assessing the nature and extent of injury or illness to establish and prioritize medical procedures to be followed;
- Rescuing and extricating victims of accidents, sudden illness or entrapment using proper rescue and medical techniques;
- Treating patients at the scene, en route to the hospital, and in a pre-hospital setting, in accordance with federal, state, local, laws, regulations, and standards;
- Communicating with professional medical personnel and treatment facilities to obtain instructions regarding further treatment and/or to arrange reception of patients to the appropriate center;
- Maintaining order at scenes, including crowd disbursement and restraint of family and friends; and
- Completing patient care forms, insurance forms, evaluation forms, and all other forms in a competent and timely fashion.

The incumbent must perform all job responsibilities in a manner that protects patient privacy:

SPS Defendant 000340

- The incumbent is expected to protect the privacy of all patient information in accordance with the Company's privacy policies, procedures, and practices, as required by federal [and state] law, and in accordance with general principles of professionalism as a health care provider.  Failure to comply with the Company's Policies and Procedures on patient privacy may result in disciplinary action up to and including termination of employment or of membership or association with Southern.
- The incumbent may access protected health information and other patient information only to the extent that is necessary to complete your job duties.  The incumbent may only share such information with those who have a need to know specific patient information you have in your possession to complete their job responsibilities related to treatment, payment or other Company operations.
- The incumbent is encouraged and expected to report, without the threat of retaliation, any concerns regarding the Company's Policies and Procedures on patient privacy and any observed practices in violation of that Policy to the designated Privacy Officer.
- The incumbent is expected to actively participate in Company privacy training and is required to communicate privacy Policy information to coworkers, students, patients and others in accordance with Company Policy.

The incumbent must possess and apply knowledge and skills necessary to perform the duties of a driver of ambulance equipment, including:

- Responding to instructions from a dispatcher and driving and operating specially equipped emergency vehicles to specified locations at a safe and controlled speed, in accordance with federal, state, local law, regulations and standards;
- Assuring that vehicles are in good working condition at all times, are properly maintained and stocked, have all necessary equipment and this equipment is in good working order at all times;
- Cleaning, organizing and restocking vehicles in a ready condition after each transport;
- Receiving requests for emergency and non-emergency ambulance service and other duties-related communication via two-way radio and other communication devices;
- Maintaining accurate records of ambulance equipment and other emergency equipment and/or personnel dispatched to each emergency and non-emergency request and other operation and administrative data as required to maintain the operational continuity of Southern and as directed by superiors;
- Handling telephone communications professionally and efficiently with careful regard to the divulgence of information;
- Coordinating requests for non-emergency transports in accordance with the  non-emergency transport policies;
- Monitoring communication equipment to maintain contact with the dispatcher;

105

SPS Defendant 000341

- Performing rescue operations; and
- Maintaining apparatus and equipment.

The incumbent must perform routine tasks in and around the ambulance service building, including:

- Checking, restocking, inventorying and cleaning any apparatus operated by Southern;
- Cleaning, doing dishes, emptying trash and other related duties in the station;
- Washing and drying towels, coveralls, and other laundry in the provided heavy duty washing equipment;
- Representing the ambulance service while on duty at public service functions, expositions, and other public events;
- Providing ambulance stand-by services at sporting events or any other activities designated by the ambulance captain; and
- Performing any other duty related to Southern as designated by the ambulance captain.

The incumbent must also:

- Be a team player, as EMS is a team effort, and providers must provide necessary  assistance to ensure system sanitation, readiness and adherence to quality assurance standards;
- Be flexible, as emergency services operate on a 24-hour clock; the incumbent's assigned work shift schedule may vary and the incumbent should be available to respond immediately for a call during the assigned work period, and the start and shift times may vary due to the nature of the business;
- Maintain a thorough working knowledge of local geography, which includes maps, streets, and grid book systems;
- Maintain a thorough working knowledge of applicable current standards of care, including equipment functions and uses; and
- Assure that all certifications, licenses and registrations are up-to-date.

QUALIFICATIONS

Educational Requirements

The incumbent must have a minimum of either a high school diploma or a GED as evidence of completion of a high school education, and must have and maintain current state emergency medical technician.

Certificates, Licenses And Registrations

The incumbent must possess and maintain a valid driver's license, current state EMT, American Red Cross CPR for the Professional Rescuer and/or American Heart Association BCLS certification, and other certifications as required.

SPS Defendant 000342

<u>Minimum Experience, Abilities Required And Special Requirements</u>

This position requires the incumbent possess basic working knowledge of an IBM-compatible computer, and be able to enter necessary data into a computer.

<u>PHYSICAL REQUIREMENTS OF THE POSITION</u>

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this position.  The position requires significant physical strength and dexterity and the ability to function in very adverse environments with exposure to numerous safety risks typically found at emergency scenes.  The following guidelines are used to describe the frequency of activities in this position:  *(Occasionally equals 1-33%; Frequently equals 34%-66%; and Continuously equals 67-100% of a typical work day.)*

STANDING/WALKING: Frequently to continuously when responding to calls.  Optional while at rest at the facility.  This usually includes:  going to and from the emergency vehicle, getting patients from their locations, and rendering treatment.  Most walking would be for short distances, as emergency vehicles are allowed to get as close to the location as possible.  However, the incumbent must also be able to run these same distances, in case of an emergency where time is of the essence.  Walking and running may vary, however, as the patient may be located inside a large, multi-floored facility.  Standing, walking and running could be on all types of surfaces, including but not limited to:  asphalt, cement, concrete, soft/packed dirt, linoleum, wood, hardwood floors, etc.  The individual must be able to go up and down slight inclines or declines that may be found at roadsides, agricultural areas, etc.  At a location, standing would occur more often than walking or running.  Standing would occur on the wide variety of surfaces mentioned above.  Standing could last from a few minutes to hours, depending on the situation.  Standing could occur in the standard erect position, the kneeling or squatting position, etc.

SITTING: Frequently when responding to a location, the individual will sit in the emergency vehicle.  The emergency vehicles are equipped with a standard installed vehicle seat.  The time performing the sitting activity on a call would depend upon the specific situation.

LIFTING AND CARRYING: Frequently required to lift and carry weights ranging from a few pounds to ten (10) pounds and above.  Incumbents will need to lift and carry, with one team member, adult patients, lifting them from various positions (such as a bed or a chair) onto various patient movement devices, such as an ambulance stretcher, a stair chair, long back boards, etc., and then efficiently move them into an ambulance.  Other heavier objects in the high range category would be 5-foot tall, 10-inch diameter oxygen cylinders, and medical equipment boxes.  The oxygen cylinders can be made of quarter-inch steel and weigh up to 113 pounds.  The medical equipment boxes can weigh approximately fifty pounds or more.

BENDING AND STOOPING: Frequently throughout a work shift the individual will be required to bend in a range of 1 to 90 degrees.  The average situation will require the individual to work in a range of 35 to 65 degree bends.  This would involve:  lifting a patient, lifting equipment, treating a patient at ground level, sitting

SPS Defendant 000343

on a bench located in the ambulance.  This activity may be prolonged and last up to 30 minutes or more.  During any given call, the provider may bend and/or stoop 1 to 15 times per incident.

CROUCHING AND KNEELING: Frequently.  Crouching and kneeling may be performed when on the scene picking up equipment or assisting patients.  The actual number of times this is done depends on the particular incident but may be up to 15 times for a duration up to 30 minutes or greater.

CLIMBING: Occasionally.  This is required when climbing steps up and down with a patient on a stretcher or other device, and when entering or exiting the emergency vehicle.  Generally, the climbing would require that the incumbent be lifting and carrying heavy objects such as a stretcher or other device with a patient on it.  Balancing may be required when backing down staircases.

REACHING: Frequently to continuously throughout the work shift in order to review monitoring equipment, operate communication equipment, administer oxygen, and operate equipment.  The incumbent may also be required to reach in precarious positions, such as in a vehicle, which has been crushed in an accident, or in other confined spaces.  If working inside the ambulance en route to a medical facility, the incumbent will need to reach to access the patient and supplies.  Reaching will involve partial to full extension of the arms.

PUSHING AND PULLING: Frequently.  The activities that would require the most force in pushing and pulling is when removing or returning a gurney to the emergency vehicle, with and without a patient on the gurney.  The weight required to push/pull will vary, depending on the weight on the gurney.  Slight pushing will be required if the incumbent is performing CPR, which can require repetitive pushing and may range from a few minutes to hours.  Pushing and pulling is required when operating and closing vehicle doors.

HANDLING OR GRASPING: Continuously.  While working at any given location, continual bilateral gross manipulation is performed in this position.  This may be involved when:  opening/closing doors; and using, handling, carrying and/or operating medical equipment boxes that may weigh approximately fifty (50) pounds or more, stretcher rails, various handles attached to equipment, and tools.  The arm and hand must be able to perform all types of positions, including supination and pronation.  Hyperextension, extension and flexion of the fingers will be involved, ulnar and radial deviation, abduction and adduction of the hand and wrist will be required.  A wide variety of grasping will be required, such as cylindrical grasping, palmer grasping, hook grasping, tip grasping, lateral grasping and spherical grasping.

HAZARDS: The incumbent, when responding to emergencies, can be exposed to dust, fumes, gases, fire, smoke, adverse weather conditions, and chemicals.  Driving at speeds beyond the posted limit may occur and, therefore, the incumbent may be exposed to vehicular accidents at a higher speed than normal.  There is also exposure to body substances that may contain infectious materials that could cause illness or death.  There is potential for bodily harm or death from violent patients, bystanders, or other dangers.

SPS Defendant 000344

<u>OTHER PHYSICAL REQUIREMENTS</u>

- Maintain balance and strength in awkward positions;
- Speak clearly under stressful circumstances;
- Accurately communicate ideas orally and in writing in English;
- Respond physically with speed;
- Speak loudly; and
- Get along well with others.

<u>MENTAL REQUIREMENTS OF THE POSITION</u>

- Handle a significant number of stressful situations, and be able to function calmly; coolly and collectedly under all types of stressful situations;
- Get along well with diverse personalities;
- Communicate with patients and others with empathy and respect;
- Create and maintain a positive and cooperative working environment in stressful situations;
- Work smoothly and professionally in an environment where teamwork is essential;
- Analyze and interpret difficult and complex patient care and personnel situations;
- Work independently with a minimal supervision for assigned tasks;
- Exercise sound independent judgment within general Policy and procedural guidelines;
- Anticipate and identify problems and take initiative to prevent or correct them;
- Establish and maintain effective working relationships with all levels of personnel within the medical community, Southern, outside agencies, patients, and members of the community;
- Understand and follow federal, state and local laws, and Southern policies, procedures, and rules;
- Follow orders;
- Remember and apply concepts, knowledge and principles; and
- Appropriate deal with stress and maintain composure when encountering serious injuries or illnesses.

*<u>DISCLAIMER</u>*

*The information provided in this description is designed to indicate the general nature and level of work performed by incumbents within this position. It is not to be interpreted as a comprehensive inventory of all duties, responsibilities, qualifications and working conditions required of employees assigned to this position. Management has the sole discretion to add or modify the duties of the position and to designate other functions at any time. This position description is not an employment agreement or contract.*

<u>ACKNOWLEDGMENT</u>

SPS Defendant 000345

I, _____, have read this position description in its entirety and fully understand the expectations, requirements and hazards associated with this position, and that the job description and duties are subject to change at the discretion of the Company. I also understand that if employed by the Company, I am employed as an at-will employee and that the Company or I may terminate the employment relationship at any time, without notice, and for any lawful reasons

_____          _____
Signature of Incumbent                              Date

SPS Defendant 000346

**ATTACHMENT B**
**Position Description - Paramedic**

POSITION TITLE:

      Emergency Medical Technician-Paramedic

POSITION IDENTIFICATION

      Reports to:                         Supervisor
      Employees Supervised/Directed:      None
      FLSA Code:                      Non-Exempt

POSITION PURPOSE AND SUMMARY

      Under the supervisor, the ideal incumbent will perform duties associated with providing emergency medical care to the sick and injured in accordance with all applicable laws, regulations, and Company policies.

ESSENTIAL DUTIES AND RESPONSIBILITIES

      General Responsibilities

      The incumbent must possess and apply knowledge and skills necessary to perform the duties of an Emergency Medical Technician and Emergency Medical Technician Paramedic, in a dignified and compassionate manner, including but not limited to:

- Responding to an emergency efficiently and promptly;
- Administering basic and advanced life support to patients at the scene, en route to the hospital, and in a pre-hospital setting, in accordance with federal, state, and local laws, regulations, and standards, and in accordance with Company policies and guidelines;
- Assessing the nature and extent of injury or illness to establish and prioritize medical procedures to be followed;
- Treating patients at the scene, en route to the hospital, and in a pre-hospital setting, in accordance with federal, state, and local laws, regulations, and standards, and in accordance with Company policies, rules, and guidelines;
- Effectively communicating with professional medical personnel and treatment facilities to obtain instructions regarding further treatment and/or to arrange reception of patients to the appropriate center;
- Maintaining order at scenes, including crowd dispersement and restraint of family and friends;
- Completing patient care forms, insurance forms, evaluation forms, and all other forms in a competent and timely fashion;
- Adhere to and follow all Policies and Procedures concerning safety and contamination by bloodborne pathogens; and
- Educate and /or train squad personnel, EMS trainees and the public.

SPS Defendant 000347

Job Responsibilities Related to Patient Privacy

1. The incumbent is expected to protect the privacy of all patient information in accordance with the Company's privacy policies, procedures, and practices, as required by federal [and state] law, and in accordance with general principles of professionalism as a health care provider.  Failure to comply with the Company's Policies and Procedures on patient privacy may result in disciplinary action up to and including termination of employment or of membership or association with Southern.

2. The incumbent may access protected health information and other patient information only to the extent that is necessary to complete your job duties. The incumbent may only share such information with those who have a need to know specific patient information you have in your possession to complete their job responsibilities related to treatment, payment or other Company operations.

3. The incumbent is encouraged and expected to report, without the threat of retaliation, any concerns regarding the Company's Policies and Procedures on patient privacy and any observed practices in violation of that Policy to the designated Privacy Officer.

4. The incumbent is expected to actively participate in Company privacy training and is required to communicate privacy Policy information to coworkers, students, patients and others in accordance with Company Policy.

Additional Obligations and Skills

The incumbent must possess and apply knowledge and skills necessary to perform the duties of a driver of ambulance equipment, including but not limited to:

- Promptly responding to instructions from a dispatcher and driving and operating specially equipped emergency vehicles to specified locations at a safe and controlled speed, in accordance with federal, state, and local laws, regulations and standards, and in accordance with Company policies, rules, and guidelines;
- Assuring that vehicles are in good working condition at all times, are properly maintained and stocked, have all necessary equipment and that the equipment is in good working order at all times;
- Cleaning, organizing and restocking vehicles in a ready condition after each transport;
- Receiving and responding to requests for emergency ambulance service and other duties-related communication via two-way radio or other communication devices;
- Maintaining accurate records of ambulance equipment and other emergency equipment and/or personnel dispatched to each emergency and non-emergency request and other operation and administrative data as required to maintain the operational continuity of the Company and as directed by superiors;
- Properly document each transport on the approved Patient Care Report in accordance with Company Policies and Procedures;

SPS Defendant 000348

- Handling telephone communications professionally and efficiently with careful regard to the divulgence of information respecting confidentiality requests at all times;
- Coordinating requests for non-emergency transports in accordance with the Company's non-emergency transport policies;
- Monitoring communication equipment to maintain contact with the dispatcher; and
- Maintaining apparatus and equipment in accordance with all policies, procedures and direction.

The incumbent must perform routine tasks in and around the ambulance service building, including but not limited to:

- Checking, restocking, inventorying and cleaning any apparatus operated by the Company;
- Cleaning, doing dishes, emptying trash and other related duties in the station;
- Washing and drying personal protective equipment in heavy duty washer and dryer;
- Representing the ambulance service while on duty at public service functions, expositions, and other public events; and
- Performing any other duty related to the Company as designated by the supervisor or Chief.

The incumbent must also:

- Be a team player, as EMS is a team effort, and providers must provide necessary assistance to ensure system sanitation, readiness and adherence to quality assurance standards;
- Be flexible, as emergency services operate on a 24-hour clock; the incumbent's assigned work shift schedule may vary and the incumbent should be available to respond immediately for a call during the assigned work period, and the start and shift times may vary due to the nature of the business;
- Maintain a thorough working knowledge of local geography, which includes maps, streets, and grid book systems;
- Maintain a thorough working knowledge of applicable current standards of care, including equipment functions and uses;
- Assure that all certifications, licenses and registrations are up-to-date; and
- Conduct him/herself in a courteous, helpful, dignified and professional manner at all times when dealing with patients, co-workers, supervisors and or the public.

QUALIFICATIONS

Educational Requirements

The incumbent must have a minimum of either a high school diploma or a GED as evidence of completion of a high school education, and must have and

SPS Defendant 000349

maintain current emergency medical technician and/or paramedic certification.  An incumbent must also maintain the required annual continuing medical education credits as set forth by the State EMS Office.

### Certificates, Licenses And Registrations

The incumbent must possess and maintain a valid driver's license, EMT or Paramedic certification, ACLS (paramedics only), American Red Cross CPR for the Professional Rescuer and/or American Heart Association BCLS certification, and other certifications as required. It is highly  recommended that paramedics maintain PALS or APLS certification.

### Minimum Experience, Abilities Required And Special Requirements

This position requires the incumbent possess basic working knowledge of an IBM-compatible computer, and be able to enter necessary data into a computer.

## PHYSICAL REQUIREMENTS OF THE POSITION

The physical demands described here are representative of those that must be met by an employee to successfully perform the essential functions of this position.  The position requires significant physical strength and dexterity and the ability to function in very adverse environments with exposure to numerous safety risks typically found at emergency scenes.  The following guidelines are used to describe the frequency of activities in this position:  Occasionally equals 1-33%; Frequently equals 34%-66%; and Continuously equals 67-100% of a typical work day.

STANDING/WALKING: Frequently to continuously when responding to calls. Optional while at rest at the facility.  This usually includes:  going to and from the emergency vehicle, and getting patients from their locations, and rendering treatment.  Most walking would be for short distances, as emergency vehicles are allowed to get as close to the location as possible.  However, the incumbent must also be able to run these same distances, in case of an emergency where time is of the essence.  Walking and running may vary, however, as the patient may be located inside a large, multi-floored facility.  Standing, walking and running could be on all types of surfaces, including but not limited to:  asphalt, cement, concrete, soft/packed dirt, linoleum, wood, hardwood floors, etc.  The individual must be able to go up and down slight inclines or declines that may be found at roadsides, agricultural areas, etc.  At a location, standing would occur more often than walking or running.  Standing would occur on the wide variety of surfaces mentioned above. Standing could last from a few minutes to hours, depending on the situation. Standing could occur in the standard erect position, the kneeling or squatting position, etc.

SITTING: Frequently when responding to a location, the individual will sit in the emergency vehicle.  The emergency vehicles are equipped with a standard installed vehicle seat.  The time performing the sitting activity on a call would depend upon the specific situation.  The facility is equipped with a small lounge area that is furnished.

SPS Defendant 000350

LIFTING AND CARRYING: Frequently required to lift and carry weights ranging from a few pounds to ten pounds and above.  Incumbents will need to lift and carry with one team member adult patients, lifting them from various positions (such as a bed or a chair) onto various patient movement devices, such as an ambulance stretcher, a stair chair, long back boards, etc., and then efficiently move them into an ambulance.  Other heavier objects in the high range category would be 5-foot tall, 10 inch diameter oxygen cylinders, and medical equipment boxes.  The oxygen cylinders can be made of quarter-inch steel and weigh up to 113 pounds.  The medical equipment boxes can weigh approximately fifty pounds or more.

BENDING AND STOOPING: Frequently.  Frequently throughout a work shift the individual will be required to bend in a range of 1 to 90 degrees.  The average situation will require the individual to work in a range of 35 to 65 degree bends.  This would involve:  lifting a patient, lifting equipment, treating a patient at ground level, sitting on a bench located in the ambulance.  This activity may be prolonged and last up to 30 minutes or more.  During any given call, the provider may bend and/or stoop any number of times per incident.

CROUCHING AND KNEELING: Frequently.  Crouching and kneeling may be performed when on the scene picking up equipment or assisting patients.  The actual number of times this is done depends on the particular incident.

CLIMBING: Occasionally.  This is required when climbing steps up and down with a patient on a cot or other device, and when entering or exiting the emergency vehicle.  Generally, the climbing would require that the incumbent be lifting and carrying heavy objects such as a cot or other device with a patient on it.  Balancing may be required when backing down staircases.

REACHING: Frequently to continuously throughout the work shift in order to review monitoring equipment, operate communication equipment, administer oxygen, and operate equipment.  The incumbent may also be required to reach in precarious positions, such as in a vehicle, which has been crushed in an accident, or in other confined spaces.  If working inside the ambulance en route to a medical facility, the incumbent will need to reach to access the patient and supplies.  Reaching will involve partial to full extension of the arms.

PUSHING AND PULLING: Frequently.  The activities that would require the most force in pushing and pulling is when removing or returning a gurney to the emergency vehicle, with and without a patient on the gurney.  The weight required to push/pull will vary, depending on the weight on the gurney.  Slight pushing will be required if the incumbent is performing CPR, which can require repetitive pushing and may range from a few minutes to hours.  Pushing and pulling is required when operating and closing vehicle doors.

HANDLING OR GRASPING: Continuously.   While working at any given location, continual bilateral gross manipulation is performed in this position.  This may be involved when:  opening/closing doors; and using, handling, carrying and operating medical equipment boxes that may weigh approximately fifty pounds or more, stretcher rails, various handles attached to equipment, and tools.  The arm and

SPS Defendant 000351

hand must be able to perform all types of positions, including supination and pronation.  Hyperextension, extension and flexion of the fingers will be involved, ulnar and radial deviation, abduction and adduction of the hand and wrist will be required.  A wide variety of grasping will be required, such as cylindrical grasping, palmer grasping, hook grasping, tip grasping, lateral grasping and spherical grasping.

HAZARDS: The incumbent, when responding to emergency situations, may be exposed to dust, fumes, gases, fire, smoke, adverse weather conditions, and chemicals. There is also exposure to body substances that may contain infectious materials that could cause illness or death.  There is potential for bodily harm or death from violent patients, bystanders, or other dangers. At all time the incumbent is expected to adhere to all applicable Policies and Procedures concerning safety and the prevention of contamination and infection due to bloodborne pathogens.

OTHER PHYSICAL REQUIREMENTS

- Maintain balance and strength in awkward positions;
- Speak clearly under stressful circumstances;
- Accurately communicate ideas orally and in writing in English;
- Respond physically with speed;
- Speak loudly; and
- Get along well with others.

MENTAL REQUIREMENTS OF THE POSITION

- Handle a significant number of stressful situations, and be able to function calmly, coolly and collectedly under all types of stressful situations;
- Get along well with diverse personalities;
- Communicate with patients and others with empathy and respect;
- Create and maintain a positive and cooperative working environment in stressful situations;
- Work smoothly and professionally in an environment where teamwork is essential;
- Analyze and interpret difficult and complex patient care and personnel situations;
- Work independently with minimum supervision for assigned tasks;
- Exercise sound independent judgment within general Policy and procedural guidelines;
- Anticipate and identify problems and take initiative to prevent or correct them;
- Establish and maintain effective working relationships with all levels of personnel within the medical community, the Company, outside agencies, patients, and members of the community;
- Understand and follow federal, state and local laws, and Company policies, procedures, and rules;
- Establish and maintain effective working relationships with others;
- Follow orders;
- Remember and apply concepts, knowledge and principles;

SPS Defendant 000352

- •    Analyze and interpret situations; and
- •    Appropriately deal with stress and maintain composure when encountering serious injuries or illnesses.

## *DISCLAIMER*

*The information provided in this description has been designed to indicate the general nature and level of work performed by incumbents within this position.  It is not designed to be interpreted as a comprehensive inventory of all duties, responsibilities, qualifications and working conditions required of employees assigned to this position. Management has the sole discretion to add or modify the duties of the position and to designate other functions as essential at any time.  This position description is not an employment agreement or contract.*

## ACKNOWLEDGMENT

I, _____, have read this position description in its entirety and fully understand and understand the expectations, requirements and hazards associated with this position, and that the job description and duties are subject to change at the discretion of the Company. I also understand that if employed by the Company, I am employed as an at-will employee and that the Company or I may terminate the employment relationship at any time, without notice, and for any lawful reasons

_____      _____
Signature of Incumbent                        Date

SPS Defendant 000353

**ATTACHMENT C**
**Handbook Acknowledgment**

This Personnel Handbook describes important information about Southern, and I understand that I should consult with Southern management regarding any questions not answered in the Handbook.  However, it is not all-inclusive of the policies or procedures of Southern.

The information, Policies and benefits described in this Handbook are subject to change. Whenever possible, all such changes will be communicated through official notices, and I understand that revised information may supersede, modify or eliminate existing policies at any time and without any prior notice.

If I am an employee, I have entered into my relationship with Southern voluntarily and acknowledge that there is no guarantee of employment. Accordingly, either Southern or I can terminate the relationship at any time.  I understand that this Handbook is not a contract of employment or membership, and does not alter the "at-will" nature of my employment of membership where the "at-will" relationship already exists.

I have received the Handbook and I understand that it is my responsibility to read and comply with the policies contained in this Handbook and any revisions made to it.

_____          _____
EMPLOYEE/MEMBER SIGNATURE                           DATE


_____
EMPLOYEE/MEMBER NAME (TYPED OR PRINTED

SPS Defendant 000354

**ATTACHMENT D**
**Confidentiality and Non-Disclosure Statement**

The protection of confidential business information and trade secrets is vital to the interests and the success of Southern. Such confidential information includes, but is not limited to:

> Patient Information
> Compensation Data
> Patient and Customer Lists
> Financial and Billing Information
> Marketing Strategies
> Pending Projects and Proposals

All personnel are required to respect the confidentiality of all proprietary or confidential information and are expected to not disclose such information to individuals outside of Southern.  We may require our personnel to sign a non-disclosure agreement as a condition of membership or employment.  Personnel who improperly use or disclose any confidential information (including confidential business information or patient information) will be subject to disciplinary action, up to and including expulsion and termination.


_____

SIGNATURE                                                   DATE


_____

PRINTED NAME

SPS Defendant 000355

## ATTACHMENT E
## Authorization for Reference Checks and
## Drug and Alcohol Testing

I have applied for employment/membership with the Southern.  As a part of the application process, I understand that Southern will conduct a background and reference check which may include a review of public records, criminal history check, and inquiries of my former employers and references which I have provided regarding my qualifications and suitability for membership, as well as verification of any information I have provided in this application.  As part of this inquiry, I understand that Southern will obtain a report of criminal history information and driver's license history, from applicable law enforcement agencies, or, in some cases, the Federal Bureau of Investigation, and that applicable state law may prohibit the employment of persons convicted of certain crimes. I also understand that the application process includes a Drug and Alcohol test, which may also be conducted at various times throughout my employment.

I hereby give my permission to any of my listed references to release to Southern any information regarding my work and volunteer experience, including, but not limited to performance of expected duties and disciplinary information, to Southern.

I hereby authorize Southern to conduct this background and reference check, as well as a Drug and Alcohol screen as part of the application process, and I release from liability Southern and its representatives for seeking, gathering, and using such information.  I also release any individual or entity from any liability whatsoever for providing Southern with any information concerning my qualifications and suitability for employment or membership, including the former employers and personal references I have identified on the application.

I authorize Southern to send a copy of this authorization to my listed references or anyone else contacted by the Company to provide information about me.


_____                    _____
Date                                                        Signature

                                                                _____
                                                                Print Name

                                                                _____
                                                                Address

                                                                _____

SPS Defendant 000356

**ATTACHMENT F**
**Application for Employment**

Southern considers applications for employment without regard to race, color, national origin, ancestry, religion, sex, age, disability, political belief, military service, or any other protected class.  Southern IS A DRUG-FREE WORKPLACE

PLEASE PRINT

| PERSONAL INFORMATION |
|:---:|

Name:_____          Date: _____
          (Last)                    (First)                    (Middle)

Social Security Number: _____-_____-_____

Address: _____

City: _____          State: _____          Zip Code: _____

Home Telephone Number: _____          Other Phone: _____

Are you at least 18 years of age?   YES    NO      Date Available to Start: _____

Hours Requested (please circle)    Full Time      Part Time

How did you find out about this position? _____

Do you have any relatives or friends working/volunteering here? _____

Please list: _____

| POSITION INFORMATION |
|:---:|

Position(s) Applying For: _____

Have you ever worked/volunteered for this organization? _____
If so, date(s) _____          Prior position(s) here: _____

Reason(s) for leaving: _____

| CERTIFICATION INFORMATION |
|:---:|

SPS Defendant 000357

| (List only current certifications - photocopies required at interview) | | | |
|---|---|---|---|
| Certification | Certification Number | Expiration Date | Certifying Agency |
| CPR | | | |
| EMT/EMT-P (Circle One) | | | |
| National Registry | | | |
| PALS | | | |
| ACLS | | | |
| BTLS | | | |
| EMD | | | |
| CDL | | | |
| Other:_____ | | | |

## WORK REQUIREMENTS AND GENERAL INFORMATION

Can you provide proof, if hired, that you are eligible to work in the U.S.? YES   NO

Do you have a valid Driver's License?      YES    NO     Class: _____

Issued by what State? _____      Driver's License #: _____

List all moving violations (convictions) and accidents and any suspensions or revocations of your license in the last five years: _____
_____

Have you ever been convicted, or pled guilty or no contest to a felony or misdemeanor, including a DUI/DWI or similar offense, had any moving violations, or had your license revoked or suspended?   YES    NO

If yes, explain: _____

*A conviction will not necessarily disqualify you from employment.*

Have you ever been excluded or are you currently excluded from participating in any federal health program such as Medicare or Medicaid?      YES     NO

If yes, explain: _____

SPS Defendant 000358

## EMPLOYMENT HISTORY
### (List your last three employers or volunteer activities, starting with the most recent.)

I.

Employer: _____

Job Title: _____     Supervisor: _____

Start Date: _____     Salary: _____

End Date: _____     Salary: _____

Job Description (including duties and responsibilities): _____

_____

Employer's Telephone #: _____     May we contact?:     YES     NO

Reason for leaving: _____

II.

Employer: _____

Job Title: _____     Supervisor: _____

Start Date: _____     Salary: _____

End Date: _____     Salary: _____

Job Description (including duties and responsibilities): _____

_____

Employer's Telephone #: _____     May we contact?:     YES     NO

Reason for leaving: _____

III.

Employer: _____

Job Title: _____     Supervisor: _____

Start Date: _____     Salary: _____

End Date: _____     Salary: _____

SPS Defendant 000359

Job Description (including duties and responsibilities): _____

_____

Employer's Telephone #: _____        May we contact?:      YES      NO

Reason for leaving: _____

MILITARY:

| BRANCH OF SERVICE | DATE BEGAN | DATE ENDED | RANK & DUTIES | DATE DISCHARGED | LOCATION |
|---|---|---|---|---|---|
| | | | | | |

Explain any gaps in employment: _____

_____

| PAST EMPLOYMENT |
|---|

Have you ever been:

| | |
|---|---|
| Disciplined or terminated for reckless driving? | YES      NO |
| Placed on probation or terminated for excessive absenteeism? | YES      NO |
| Disciplined or fired for insubordination? | YES      NO |
| Disciplined or fired for violation of safety rules? | YES      NO |
| Disciplined or fired for assault or fighting? | YES      NO |
| Disciplined or fired for harassment? | YES      NO |
| Disciplined or fired for patient abuse? | YES      NO |
| Disciplined or fired for alcohol or drug related activity at work? | YES      NO |

If you answered yes to any question above, please explain: _____

_____

*Answers of Yes for any of the above questions will not necessarily disqualify you from employment.*

| EDUCATION AND TRAINING |
|---|

HIGH SCHOOL:

Name: _____        Address: _____

Years completed:_____        _____

Did you graduate?  YES    NO        If not, highest grade completed: ___

SPS Defendant 000360

Have you received your GED?   YES   NO

COLLEGE:

Name: _____       Address: _____

Years completed:_____       _____

Did you graduate? YES   NO                   If not, highest year completed: ____

Degree: _____       Major: _____

OTHER COLLEGE:

Name: _____       Address: _____

Years completed:_____       _____

Did you graduate? YES   NO                   If not, highest year completed: ____

Degree: _____       Major: _____

TECHNICAL SCHOOL:

Name: _____       Address: _____

Years completed:_____       _____

Did you graduate? YES   NO                   If not, highest year completed: ____

Certificate: _____       License: _____

Expires: _____       Expires: _____
OTHER SCHOOL/TRAINING:

Name: _____       Address: _____

Years completed:_____       _____

Did you graduate? YES   NO                   If not, highest year completed: ____

Certificate: _____       License: _____

Expires: _____       Expires: _____

OTHER: _____

EMS/FIRE SERVICE RELATED TRAINING NOT LISTED ABOVE: _____

_____

SPS Defendant 000361

EMS/FIRE/PROFESSIONAL AFFILIATIONS (other than listed under prior employment):

_____

_____

Describe any additional qualifications or information, personal or professional, that you feel would be beneficial for us to know when considering your application:

_____

_____

| REFERENCES |
| --- |

List **three** persons, other than relatives, who have knowledge of your work experience and/or education.

Name: _____        Address: _____

Occupation: _____        _____

Years Known:_____

Telephone Number (including area code): _____

Name: _____        Address: _____

Occupation: _____        _____

Years Known:_____

Telephone Number (including area code): _____

Name: _____        Address: _____

Occupation: _____        _____

Years Known:_____
Telephone Number (including area code): _____

List **two** personal references that have known you for at least three years outside work.

SPS Defendant 000362

Name: _____          Address: _____

How they know you: _____          _____

Years Known: _____

Telephone Number (including area code): _____

Name: _____          Address: _____

How they know you: _____          _____

Years Known: _____

Telephone Number (including area code): _____

SPS Defendant 000363

## ACKNOWLEDGMENT

I certify that the information I have given on this application is true, complete and correct, and I understand that any false information, or the omission of information may be considered as sufficient reason for my discharge if hired. I recognize that completion of this application does not mean that job openings exist and does not obligate the Company in any way. Applications will remain active for six months, after which time re-application will be necessary. If hired, employment will be "at will" and either I or the Company is free to terminate the employment relationship at any time without cause and without prior notice. This application is not an agreement or a contract for employment.

If offered a position and at any time thereafter, I consent to medical examinations as may be required to determine my fitness to perform the job duties.

I understand that I may be required to undergo drug screening tests as a condition of employment. To comply with this requirement, I consent to providing a sample of my urine or other physical samples (such as blood or hair) prior to employment and again at any time so requested. Specimens will be tested for both legal (prescription drugs) and illegal substances. A positive test for legal substances will require proof of a current prescription. I further consent to allow any doctor, hospital or testing laboratory to conduct any medical test or examination as may be required by the Company as a condition of my employment, and I hereby give my consent to the release of all information which the Company deems necessary to determine my ability to perform job duties now or in the future.

I further understand that refusal to submit to an alcohol or drug screen test at any time will result in immediate discharge from this Company.

I hereby authorize the Company to investigate my employment history with former employers and to make any further investigation deemed necessary in connection with my application for employment, including a criminal history check, driving history check, child abuse clearance check, and other such inquiries. I release the Company and all informants from all liability resulting from such inquiries. I waive all rights to see or review the information so furnished.

I certify that I am not now, nor have I ever been excluded from any state or federal health care program. I further understand that if it is determined that I was so excluded, my employment with the Company may be terminated.

Applicant's Signature: _____     Date: _____

Printed Name: _____

SPS Defendant 000364

## ATTACHMENT G
## Employee's Report of Work Related Injury Form

**To be completed immediately after an accident and submitted to your supervisor.**

Employee Name: _____    SSN: _____

Date of Birth: _____    Marital Status: _____

No. of Dependents: _____    Job Title: _____

Home Address: _____    Phone No. _____

Gross wages (biweekly): $ _____

Date of Accident:_____    Time of Accident: _____

Location of Accident: _____

Name of witness(es) to accident: _____

Describe in detail how the accident occurred (include how injury occurred, work related activity you were engaged in at the time of the accident, and the cause of the injury):

_____

_____

_____

_____

Part of body injured (specific: right thumb, lower back, etc.): _____

Type of injury (sprain, burn (degree), cut, etc.): _____

Was medical treatment sought?   YES    NO

If so, name of medical provider: _____

No. of days missed from work: _____

Return to Work Date (as indicated by physician): _____

Type of leave requested: _____

Was safety equipment provided?   YES   NO     Was safety equipment used?   YES   NO

Signature of employee: _____    Date: _____

SPS Defendant 000365

**ATTACHMENT H**
**Accident Witness Statement Form**

**To be completed and returned to Supervisor as soon as possible.**

Name of injured employee: _____

Job Title: _____

Location of accident: _____

Date of accident: _____   Time of accident: _____

Describe in detail how the accident occurred: _____

_____

_____

_____

_____

_____

_____

_____

Was safety equipment provided?  YES   NO   Was safety equipment used?  YES   NO

If no, explain: _____

Name of witness (print or type): _____

Signature of witness: _____   Date: _____

130