IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

MATT MEINKE                                                                PLAINTIFF

v.                              No. 4:15-cv-448-DPM

SOUTHERN PARAMEDIC SERVICES, INC.                     DEFENDANT

JUDGMENT

The complaint is dismissed with prejudice.

_____
D.P. Marshall Jr.
United States District Judge

10 January 2017